Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**  Reg. No. 2,666,228
Registered Dec. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION)
245 PARK AVENUE
NEW YORK, NY 10167

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, PLAYING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, PRINTED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, WRITING PADS, NOTE PAPER, NOTEBOOKS, BINDERS, STATIONERY FOLDERS, PREPRINTED AGENDA ORGANIZERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, BANK CHECKS, CHECKBOOK COVERS, CREDIT CARDS NOT ELECTRONICALLY READABLE, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, LITHOGRAPHS, BUSINESS CARD HOLDERS, PAPER WEIGHTS, LETTER OPENERS, PENS, PENCILS, MARKERS, DESK STANDS AND HOLDERS FOR PENS, PENCILS AND INK, NON-ELECTRIC ERASERS, PENCIL SHARPENERS, UNGRADUATED RULERS, MEMO BOARDS, FRAMED PHOTOGRAPHS, TICKETS HOLDERS AND NON-METAL LANYARDS FOR PAPER TICKET HOLDERS SOLD AS A UNIT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1972; IN COMMERCE 4-0-1972.

OWNER OF U.S. REG. NOS. 955,967, 2,068,319 AND OTHERS.

SER. NO. 76-364,719, FILED 1-30-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,947,119
Registered May 10, 2005

## TRADEMARK
### PRINCIPAL REGISTER



AZPB LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
BANK ONE BALLPARK
401 EAST JEFFERSON STREET
PHOENIX, AZ 85004

FOR: CLOTHING, NAMELY, CAPS, HATS, HEADWEAR, SHIRTS, T-SHIRTS, SWEATSHIRTS, CLOTH BIBS, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

OWNER OF U.S. REG. NOS. 1,835,924, 1,837,501, AND 2,219,248.

THE MARK CONSISTS OF THE LETTER "D" FORMED BY A SNAKE.

SER. NO. 76-161,642, FILED 11-8-2000.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,573,347
Registered May 28, 2002

## TRADEMARK
### PRINCIPAL REGISTER



ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC. (GEORGIA CORPORATION)
755 HANK AARON DRIVE
ATLANTA, GA 30312

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, PRINTED BASEBALL GAMES PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PAPER PARTY BAGS, PAPER COATERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-12-1966; IN COMMERCE 4-12-1966.

OWNER OF U.S. REG. NOS. 1,253,034, 1,576,468 AND OTHERS.

SER. NO. 76-215,421, FILED 2-22-2001.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 2,645,323
Registered Nov. 5, 2002

## TRADEMARK
## PRINCIPAL REGISTER



BALTIMORE ORIOLES LIMITED PARTNERSHIP (MARYLAND LIMITED PARTNERSHIP)
333 WEST CAMDEN STREET
BALTIMORE, MD 21201

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, PRINTED BASEBALL GAMES, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-3-1989; IN COMMERCE 4-3-1989.

OWNER OF U.S. REG. NOS. 840,661, 1,924,675 AND OTHERS.

SER. NO. 76-221,230, FILED 3-7-2001.

DARLENE BULLOCK, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,634,700
Registered Oct. 15, 2002

## TRADEMARK
## PRINCIPAL REGISTER



BOSTON RED SOX BASEBALL CLUB LIMITED PARTNERSHIP (MASSACHUSETTS LIMITED PARTNERSHIP)
FENWAY PARK
4 YAWKEY WAY
BOSTON, MA 02215

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, LITHOGRAPHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1933; IN COMMERCE 0-0-1933.

OWNER OF U.S. REG. NOS. 1,060,117, 1,633,120 AND OTHERS.

SER. NO. 76-287,208, FILED 7-18-2001.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cls.: 16, 21, 30, 34 and 42

Prior U.S. Cls.: 2, 8, 9, 22, 23, 30, 35, 37, 38, 46, 50 and 100

**United States Patent and Trademark Office**  Reg. No. 1,729,299
Registered Nov. 3, 1992

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



CHICAGO WHITE SOX, LTD. (ILLINOIS LIMITED PARTNERSHIP)
333 WEST 35TH STREET
CHICAGO, IL 60616

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, BUMPER STICKERS, PAPER WEIGHTS, PENS, PENCILS, WRITING PADS, POSTERS, NOTE PAPER, BASEBALL CARDS, CALENDARS, NONELECTRIC ERASERS, BOOK COVERS, PLAYING CARDS, POSTCARDS, POSTCARD BOOKS, HIGHLIGHTERS, STICKERS AND STICKER BOOKS, RING BINDERS, UNMOUNTED PHOTOGRAPHS, GREETING CARDS, GIFT WRAPPING PAPER, DECALS, AND BASEBALL CARD COLLECTOR CASES, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

FOR: BEVERAGE CONTAINERS; NAMELY, MUGS, PLASTIC WATER BOTTLES, SERVING TRAYS NOT OF PRECIOUS METAL, TRASH CANS, ALUMINUM TANKARDS, FOAM CAN HOLDERS, CERAMIC MUGS, CERAMIC TANKARDS, GLASS TANKARDS, BEVERAGE GLASSESWARE, VACUUM BOTTLES, TRAINING CUPS FOR CHILDREN, CANTEENS, SALT AND PEPPER SHAKER SETS, PORTABLE COOLERS, BOTTLE OPENERS, ICE BUCKETS, LUNCH BOXES, AND SWIZZLE STICKS, IN CLASS 21 (U.S. CLS. 2, 23, 30 AND 35).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

FOR: FOOD PRODUCTS; NAMELY, SUGAR, POPPED POPCORN, CANDY, AND ICE CREAM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

FOR: SMOKERS ARTICLES; NAMELY, MATCHES, ASHTRAYS NOT OF PRECIOUS

2
          1,729,299

METAL, AND LIGHTERS NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 8 AND 9).

  FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

  FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

  FIRST USE 4-18-1991; IN COMMERCE 4-18-1991.

  OWNER OF U.S. REG. NOS. 855,319, 1,598,728 AND OTHERS.

SER. NO. 74-237,290, FILED 1-13-1992.

JEFFREY SMITH, EXAMINING ATTORNEY

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

United States Patent and Trademark Office

Reg. No. 2,506,407
Registered Nov. 13, 2001

## TRADEMARK
## PRINCIPAL REGISTER



CHICAGO NATIONAL LEAGUE BALL CLUB, INC. (DELAWARE CORPORATION)
1060 WEST ADDISON STREET
CHICAGO, IL 60613

FOR: CLOTHING, NAMELY, CAPS, HATS, HEADWEAR, HEADBANDS, SHIRTS, T-SHIRTS, TURTLENECKS, BASEBALL UNIFORMS, JERSEYS, SWEATSHIRTS, BOXER SHORTS, SLEEPWEAR, JACKETS, CLOTH BIBS, INFANTWEAR, ONESIES, FOOTWEAR, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-16-1957; IN COMMERCE 4-16-1957.

OWNER OF U.S. REG. NOS. 1,183,876, 1,916,572 AND OTHERS.

SER. NO. 76-159,416, FILED 11-3-2000.

JOHN DALIER, EXAMINING ATTORNEY

Int. Cls.: 9, 11, 16, 21 and 28

Prior U.S. Cls.: 2, 21, 22, 30 and 38

United States Patent and Trademark Office  Reg. No. 1,536,262
Registered Apr. 25, 1989

## TRADEMARK
## PRINCIPAL REGISTER



CHICAGO NATIONAL LEAGUE BALL CLUB, INC. (DELAWARE CORPORATION)
1060 WEST ADDISON STREET
CHICAGO, IL 60613

FOR: TELEPHONES, IN CLASS 9 (U.S. CL. 21).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

FOR: ELECTRIC LAMPS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BASEBALL CARDS AND LITHOGRAPHS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

FOR: ORNAMENTAL AUTOGRAPHED CERAMIC PLATES, IN CLASS 21 (U.S. CLS. 2 AND 30).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLASTIC BATTING HELMETS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,183,876 AND 1,297,664.

SER. NO. 752,545, FILED 9-16-1988.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,545,454
Registered Dec. 9, 2008

## TRADEMARK
PRINCIPAL REGISTER



CHICAGO NATIONAL LEAGUE BALL CLUB, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1060 WEST ADDISON STREET
CHICAGO, IL 60613

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCORE BOOKS, SCORECARDS, PRINTED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, BINDERS, STATIONERY-TYPE PORTFOLIOS, STATIONERY FOLDERS, PREPRINTED AGENDA ORGANIZERS, CALENDARS, PRINTED BANK CHECKBOOKS, CHECKBOOK COVERS, RUBBER STAMPS, INK STAMPS, MOUNTED AND UN-MOUNTED PHOTOGRAPHS, LITHOGRAPHS, PAPERWEIGHTS, LETTER OPENERS, PENS, PENCILS, CASES, ART PICTURES AND ART PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

OWNER OF U.S. REG. NOS. 1,297,664, 2,667,880, AND OTHERS.

THE MARK CONSISTS OF THE LETTER "C" IN STYLIZED FORM.

SN 78-980,730, FILED 5-19-2005.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office    Reg. No. 2,536,081
Registered Feb. 5, 2002

## TRADEMARK
PRINCIPAL REGISTER



CINCINNATI REDS, LLC, THE (DELAWARE LTD LIAB JT ST CO)
100 CINERGY FIELD
CINCINNATI, OH 45202

FOR: CLOTHING, NAMELY, CAPS, HATS, VISORS, HEADWEAR, SHIRTS, T-SHIRTS, TANK TOPS, SWEATERS, TURTLENECKS, VESTS, SHORTS, JERSEYS, SWEATSHIRTS, UNDERWEAR, BOXER SHORTS, ROBES, SLEEPWEAR, JACKETS, CLOTH BIBS, INFANTWEAR, ROMPERS, BABY BOOTIES, TIES, FOOTWEAR, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-24-1934; IN COMMERCE 4-24-1934.

OWNER OF U.S. REG. NOS. 886,515, 1,569,789 AND OTHERS.

SER. NO. 76-159,049, FILED 11-3-2000.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 2,569,766
Registered May 14, 2002

## TRADEMARK
PRINCIPAL REGISTER



CLEVELAND INDIANS BASEBALL COMPANY LIMITED PARTNERSHIP (OHIO LIMITED PARTNERSHIP)
2401 ONTARIO STREET
CLEVELAND, OH 44115

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, PLAYING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, PRINTED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, NOTE PAPER, STATIONERY FOLDERS, PREPRINTED AGENDA ORGANIZERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, BANK CHECKS, CREDIT CARDS NOT ELECTRONICALLY READABLE, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER PARTY GOODS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, LITHOGRAPHS, PAPERWEIGHTS, LETTER OPENERS, PENS, PENCILS, DESK STANDS AND HOLDER FOR PENS, PENCILS AND INK, NON-ELECTRIC ERASERS, AND UNGRADUATED RULERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1951; IN COMMERCE 4-0-1951.

OWNER OF U.S. REG. NOS. 1,031,410, 1,857,634 AND OTHERS.

SER. NO. 76-211,115, FILED 2-15-2001.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 2,631,576
Registered Oct. 8, 2002

## TRADEMARK
PRINCIPAL REGISTER



COLORADO ROCKIES BASEBALL CLUB, LTD. (COLORADO LIMITED PARTNERSHIP)
2001 BLAKE STREET
DENVER, CO 80205

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-0-1991; IN COMMERCE 7-0-1991.

OWNER OF U.S. REG. NOS. 1,809,057, 1,812,620 AND OTHERS.

SER. NO. 76-355,932, FILED 4-10-2001.

LESLIE RICHARDS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**  Reg. No. 2,575,838
Registered June 4, 2002

## TRADEMARK
### PRINCIPAL REGISTER



DETROIT TIGERS, INC. (MICHIGAN CORPORATION)
COMERICA PARK
2100 WOODWARD AVENUE
DETROIT, MI 48201

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, LITHOGRAPHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1904; IN COMMERCE 0-0-1904.

OWNER OF U.S. REG. NOS. 1,218,465, 2,182,612 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED LETTER "D".

SER. NO. 76-228,180, FILED 3-21-2001.

ANDREA SAUNDERS, EXAMINING ATTORNEY

Int. Cls.: 14, 16, 18, 21, 25, 28, and 41

Prior U.S. Cls.: 2, 3, 22, 23, 26, 27, 28, 29, 37, 38, 39, 41, 44, 50, and 107

United States Patent and Trademark Office    Reg. No. 1,912,055
                                             Registered Aug. 15, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



FLORIDA MARLINS BASEBALL, LTD. (FLORIDA LIMITED PARTNERSHIP)
100 N.E. THIRD AVENUE
SUITE 300
FT. LAUDERDALE, FL 33301

FOR: JEWELRY, WATCHES, CLOCKS, NON-MONETARY COINS MADE OF PRECIOUS METAL, WALL CLOCKS, WRIST WATCHES, MEDALLIONS, CLOISSONE PINS, ORNAMENTAL LAPEL PINS, PENDANTS, ORNAMENTAL PINS, AND CHARMS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, BUMPER STICKERS, PRINTED PAPER SIGNS, LAMINATED PAPER SIGNS, DECALS, WRITING PADS, COLORING BOOKS, POSTERS, LITHOGRAPHS, NOTE PAPER, METAL BULLETIN BOARDS, TRADING CARDS; MAGAZINES, PROGRAMS AND BOOKLETS AND BOOKS RELATING TO BASEBALL; WALL CALENDARS, BOOK COVERS, PLAYING CARDS, SCOREBOOKS, PAPER WRAPPING PAPER, PAPER COASTERS, PAPER GIFT BAGS, GREETING CARDS, STATIONERY FOLDERS AND POSTCARDS, PAPERWEIGHTS, PENS, PENCILS, LETTER OPENERS, PAPER CLIPS, MARKERS, NON-ELECTRIC ERASERS, NON-ELECTRIC PENCIL SHARPENERS, AND DRAFTING AND DRAWING RULERS, IN CLASS 16 (U.S. CLS. 22, 23, 26, 37, 38 AND 50).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: LUGGAGE; NAMELY, ATHLETIC BAGS, TOTE BAGS, BILLFOLDS, HANDBAGS, KEY CASES, KNAPSACKS, AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: BEVERAGE CONTAINERS; NAMELY, MUGS, PLASTIC BOTTLES FOR DRINKING WATER, SERVING TRAYS OF NON-PRECIOUS METAL, DISHES, ALUMINUM TANKARDS, FOAM BEVERAGE CAN HOLDERS, CERAMIC

MUGS, CERAMIC TANKARDS, GLASS TANKARDS, BEVERAGE GLASSWARE, VACUUM BOTTLES, PLASTIC DRINKING CUPS FOR TODDLERS, BOTTLE OPENERS, BOWLS, AND LUNCH BOXES; PAPER CUPS, PAPER PLATES, IN CLASS 21 (U.S. CLS. 2 AND 29).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: CLOTHING; NAMELY, SHIRTS, T-SHIRTS, SHORTS, DRESSES, SKIRTS, JOGGING SUITS, WARM-UPS, SOCKS, UNDERWEAR, JACKETS, SWEATERS, VESTS, PANTS, UNIFORMS RELATING TO THE GAME OF BASEBALL, PONCHOS, VISORS, RAINCOATS, HATS, CAPS, CLOTH DIAPERS, CLOTH BIBS, CLOTH TWO-PIECE DIAPER SETS, BABY PANTS, BABY BOOTEES AND SHORT SETS, TIES, PAJAMAS, NIGHTSHIRTS, NIGHTGOWNS, SWEATSHIRTS, MITTENS, GLOVES, KNITTED HEADWEAR, SCARVES, HOSIERY, WRISTBANDS, HEADBANDS, ROBES, APRONS, SHOES, CHEF'S HATS, NECK TIES, BERETS AND BANDANAS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: TOYS AND SPORTING GOODS; NAMELY, STUFFED TOY ANIMALS, PUPPETS, BALLOONS, BASEBALLS, PVC BENDABLE LOONY TOON CHARACTERS, PLAYGROUND BALLS, TOY BANKS, BASEBALL BASES, BASEBALL BATS, ROSIN BAGS FOR BASEBALL, BASEBALL GLOVE OIL, BATTING GLOVES, BASEBALL BATTING TEES, BASEBALL GLOVES, BASEBALL MITTS, BEAN BAGS, KITES, MARBLES, CHECKER SETS, CHESS SETS, DART BOARDS AND DART BOARD ACCESSORIES, TOY TRUCKS, TOY MOBILES, PUZZLES, SNOW GLOBES, YO-YO'S, CHEST PROTECTORS FOR SPORTS, CHRISTMAS TREE ORNAMENTS, ACTION FIGURES, TOY CONSTRUCTION BLOCKS, DOLLS AND DOLL ACCESSORIES, COMPUTER GAME PROGRAMS, HAND-HELD ELECTRONIC GAME UNITS, SWIM FLOATS FOR RECREATIONAL USE, FLYING DISCS, AUTOGRAPHED BASEBALLS, INFLATABLE BASEBALL BATS, AND DECORATIVE WIND SOCKS, IN CLASS 28 (U.S. CLS. 3, 22 AND 44).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF BASEBALL EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 4-6-1993; IN COMMERCE 4-6-1993.

SN 74-314,103, FILED 9-15-1992.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,712,700
Registered May 6, 2003

## TRADEMARK
### PRINCIPAL REGISTER



HOUSTON MCLANE COMPANY, INC. (TEXAS CORPORATION)
UNION STATION AT ENRON FIELD
501 CRAWFORD - SUITE 400
HOUSTON, TX 77002

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS, NON-ELECTRIC ERASERS, AND UNGRADUATED RULERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-4-1999; IN COMMERCE 11-4-1999.

OWNER OF U.S. REG. NOS. 805,802, 2,082,732 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF AN INCOMPLETE STAR.

SER. NO. 76-244,617, FILED 4-20-2001.

BARBARA GAYNOR, EXAMINING ATTORNEY