Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,531,778
Registered Jan. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER



KANSAS CITY ROYALS BASEBALL CORPORA-
TION (MISSOURI CORPORATION)
HARRY S. TRUMAN SPORTS COMPLEX
1 ROYAL WAY
KANSAS CITY, MO 64129

FOR: CLOTHING, NAMELY, CAPS, HATS,
HEADWEAR, SHIRTS, T-SHIRTS, TURTLENECKS,
SHORTS, BASEBALL UNIFORMS, JERSEYS,
SWEATSHIRTS, BOXER SHORTS, SLEEPWEAR,
JACKETS, CLOTH BIBS, INFANTWEAR, CLOTH
DIAPER SETS WITH UNDERSHIRT AND DIAPER

COVER, ROMPERS, FOOTWEAR AND SOCKS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-8-1969; IN COMMERCE 4-8-1969.

OWNER OF U.S. REG. NOS. 893,939, 1,774,283 AND
OTHERS.

SER. NO. 76-157,791, FILED 11-1-2000.

NICHOLAS FERRANTE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,238,176
Registered May 1, 2007

# TRADEMARK
## PRINCIPAL REGISTER



ANGELS BASEBALL LP (CALIFORNIA LIMITED PARTNERSHIP)
2000 GENE AUTRY WAY
ANAHEIM, CA 92806

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, PLAYING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCORE BOOKS, SCORECARDS, PRINTED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, WRITING PADS, NOTE PAPER, NOTEBOOKS, BINDERS, STATIONERY-TYPE PORTFOLIOS, STATIONERY FOLDERS, PREPRINTED AGENDA ORGANIZERS, SCRAPBOOKS, AUTOGRAPH BOOKS, BASEBALL CARD ALBUMS, BOOK COVERS, CALENDARS, PRINTED BANK CHECKBOOKS, CHECKBOOK COVERS, RUBBER STAMPS, INK STAMPS, PAPER PENNANTS, GIFT WRAPPING PAPER, PAPER PARTY GOODS IN THE NATURE OF PAPER PARTY DECORATIONS; PAPER TABLECLOTHS, MOUNTED AND UN-MOUNTED PHOTOGRAPHS, PHOTOGRAPH ALBUMS, LITHOGRAPHS, PLASTIC BASEBALL CARD HOLDERS AND COLLECTORS CASES, PAPERWEIGHTS, LETTER OPENERS, PENS, PENCILS, CRAYONS, PENCIL SHARPENERS, PENCIL CASES, TICKET HOLDERS AND NON-METAL LANYARDS FOR PAPER TICKET HOLDERS, ART PICTURES, ART PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1971.

OWNER OF U.S. REG. NOS. 1,232,818, 2,600,653, AND OTHERS.

THE MARK CONSISTS OF THE LETTER "A" IN STYLIZED FORM WITH A DESIGN OF A HALO OVER THE TOP PART OF THE LETTER.

SN 78-633,895, FILED 5-20-2005.

DOMINIC FATHY, EXAMINING ATTORNEY

Int. Cls.: 6, 11, 14, 16, 21, 24, 28 and 34

Prior U.S. Cls.: 2, 8, 13, 21, 22, 25, 27, 28, 33, 37, 38, 42 and 50

# United States Patent and Trademark Office

Reg. No. 1,532,657
Registered Apr. 4, 1989

## TRADEMARK
### PRINCIPAL REGISTER



LOS ANGELES DODGERS, INC. (DELAWARE CORPORATION)
1000 ELYSIAN PARK AVENUE
LOS ANGELES, CA 90012

FOR: NOVELTY ITEMS, NAMELY, KEY CHAINS AND KEY CHAIN MEDALLIONS; ALUMINUM CONTAINERS FOR FOOD, BEVERAGE AND HOUSEHOLD USE, IN CLASS 6 (U.S. CLS. 2, 13 AND 25).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: WATCHES AND JEWELRY, NAMELY, PINS, BATTING HELMET WRISTWATCHES, CHARMS AND PENDANTS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: PAPER PRODUCTS AND PRINTED MATTER, NAMELY, LENTICULAR BASEBALL CARDS, BASEBALL CARDS, PHOTOS OF BASEBALL PLAYERS AND BASEBALL STICKER ALBUM COLLECTION, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: BEVERAGE CONTAINERS, NAMELY, GLASSES, IN CLASS 21 (U.S. CLS. 2 AND 33).

FIRST USE 0–0–1985; IN COMMERCE 0–0–1985.

FOR: FABRICS, NAMELY, TOWELS, BED-SPREADS AND PENNANTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0–0–1986; IN COMMERCE 0–0–1986.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLASTIC BATTING HELMETS AND DOLLS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.

FOR: SMOKER'S ARTICLES, NAMELY, CIG-ARETTE LIGHTERS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0–0–1985; IN COMMERCE 0–0–1985.

SER. NO. 746,644, FILED 8–17–1988.

DONALD C. KNAPP JR., EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,546,925

United States Patent and Trademark Office

Registered Mar. 12, 2002
OG Date Sep. 8, 2009

Corrected

## TRADEMARK
## PRINCIPAL REGISTER



MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP (WISCONSIN LIMITED PARTNERSHIP)
MILLER PARK
ONE BREWERS WAY
MILWAUKEE, WI 53214
OWNER OF U.S. REG. NOS. 1,062,749, 2,136,439 AND OTHERS.

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, POSTERS, STICKERS, DECALS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, PRINTED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, [ BOOK COVERS, ] CALENDARS, GREETING CARDS, [ GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, ] PAPER NAPKINS, [ PAPER TABLECLOTHS,] PAPER PARTY GOODS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 4-3-2000; IN COMMERCE 4-3-2000.

SER. NO. 76-219,278, FILED 3-2-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 8, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 11, 14, 16, 25 and 28

Prior U.S. Cls.: 21, 22, 27, 38 and 39

## United States Patent and Trademark Office

Reg. No. 1,535,173
Registered Apr. 18, 1989

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA TWINS PARTNERSHIP (PART-
NERSHIP)
501 CHICAGO AVENUE SOUTH
MINNEAPOLIS, MN 55415

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL.
21).
FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.
FOR: JEWELRY, NAMELY, BATTING
HELMET WRISTWATCHES, IN CLASS 14 (U.S.
CLS. 22 AND 27).
FIRST USE 0–0–1988; IN COMMERCE
0–0–1988.
FOR: PAPER GOODS AND PRINTED
MATTER, NAMELY, BASEBALL TRADING
CARDS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.
FOR: CLOTHING, NAMELY, BASEBALL
CAPS, T-SHIRTS, SHORTS AND JACKETS, IN
CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.
FOR: TOYS AND SPORTING GOODS,
NAMELY, BATTING HELMETS, IN CLASS 28
(U.S. CL. 22).
FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.

SER. NO. 744,866, FILED 8–8–1988.

RICHARD CHOVANEC, EXAMINING ATTOR-
NEY

Int. Cls.: 16 and 20

Prior U.S. Cls.: 38 and 50

# United States Patent and Trademark Office

Reg. No. 1,535,265
Registered Apr. 18, 1989

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA TWINS PARTNERSHIP (PART-
NERSHIP)
501 CHICAGO AVENUE SOUTH
MINNEAPOLIS, MN 55415

FOR: PAPER GOODS AND PRINTED
MATTER, NAMELY, BASEBALL CARDS, IN
CLASS 16 (U.S. CL. 38).
FIRST USE 0–0–1986; IN COMMERCE
0–0–1986.
FOR: ORNAMENTAL NOVELTY ITEMS,
NAMELY, BUTTONS, IN CLASS 20 (U.S. CL.
50).

FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.

OWNER OF U.S. REG. NO. 1,210,584.

THE MARK CONSISTS OF THE LETTERS
"TC".

SER. NO. 744,857, FILED 8–8–1988.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,320,067
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



NEW YORK YANKEES PARTNERSHIP (OHIO LIMITED PARTNERSHIP)
EXECUTIVE OFFICES
YANKEE STADIUM
BRONX, NY 10451

FOR: CLOTHING, NAMELY, CAPS, HATS, VISORS, KNITTED HEADWEAR, HEADBANDS, BANDANNAS, SHIRTS, T-SHIRTS, TANK TOPS, BLOUSES, SWEATERS, TURTLENECKS, PULLOVERS, VESTS, SHORTS, PANTS, DRESSES, SKIRTS, BASEBALL UNIFORMS, JERSEYS, WARM-UP SUITS, JOGGING SUITS, SWEATSHIRTS, SWEATPANTS, UNDERWEAR, BOXER SHORTS, ROBES, SLEEPWEAR, NIGHTSHIRTS, SWIMWEAR, JACKETS, PONCHOS, CLOTH BIBS, INFANT WEAR, INFANT DIAPER COVERS, CLOTH DIAPER SETS WITH UNDERSHIRT AND DIAPER COVER, JUMPERS, ROMPERS, COVERALLS, CREEPERS, BABY BOOTIES, TIES, GLOVES, WRISTBANDS, FOOTWEAR, SOCKS, HOSIERY, SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,076,665, 2,651,320, AND OTHERS.

THE MARK CONSISTS OF THE LETTERS "NY" IN STYLIZED FORM.

SN 78-637,647, FILED 5-26-2005.

TRACY CROSS, EXAMINING ATTORNEY

Int. Cls.: 6, 11, 14, 16, 21, 24 and 28

Prior U.S. Cls.: 13, 21, 22, 25, 27, 28, 30,
 37, 38 and 42

## United States Patent and Trademark Office

Reg. No. 1,571,564
Registered Dec. 19, 1989

## TRADEMARK
### PRINCIPAL REGISTER



STERLING DOUBLEDAY ENTERPRISES, L.P.
 (NEW YORK LIMITED PARTNERSHIP)
111 GREAT NECK ROAD
GREAT NECK, NY 11021

FOR: NOVELTY ITEMS, NAMELY, KEY CHAINS, IN CLASS 6 (U.S. CLS. 13 AND 25).
FIRST USE 0–0–1986; IN COMMERCE 0–0–1986.
FOR: FLASHLIGHTS , IN CLASS 11 (U.S. CL. 21).
FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.
FOR: WATCHES AND JEWELRY, NAMELY, BATTING HELMET WRISTWATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.

FOR: PAPER PRODUCTS AND PRINTED MATTER, NAMELY, LENTICULAR BASE-BALL CARDS, BASEBALL CARDS, BASEBALL STICKER ALBUM COLLECTION AND PHOTOS OF BASEBALL PLAYERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0–0–1972; IN COMMERCE 0–0–1972.
FOR: ORNAMENTAL NOVELTY ITEMS, NAMELY, DECORATIVE PLATES, IN CLASS 21 (U.S. CL. 30).
FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.
FOR: FABRICS, NAMELY, TABLECLOTHS, BEDSPREADS AND SHEET SETS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLASTIC BATTING HELMETS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

OWNER OF U.S. REG. NO. 1,261,773.

SER. NO. 73-744,369, FILED 8-5-1988.

JACQUELINE W. ABRAMS, EXAMINING ATTORNEY

Int. Cls.: ~~14~~, 16, 21 and 34

Prior U.S. Cls.: 2, 8, 27 and 38

## United States Patent and Trademark Office

Reg. No. 1,570,831
Registered Dec. 12, 1989

## TRADEMARK
### PRINCIPAL REGISTER



OAKLAND ATHLETICS BASEBALL COMPA-
NY, THE (CALIFORNIA LIMITED PART-
NERSHIP)
THE OAKLAND ALAMEDA COUNTY COLISE-
UM
OAKLAND, CA 94621

~~FOR: WATCHES, NAMELY, BATTING HELMET WRISTWATCHES, IN CLASS 14 (U.S. CL. 27).~~
~~FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.~~

FOR: PAPER PRODUCTS AND PRINTED
MATTER, NAMELY, PHOTOS OF BASEBALL
PLAYERS, ~~LENTICULAR BASEBALL CARDS~~,
BASEBALL CARDS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 0-0-1981; IN COMMERCE
0-0-1981.
FOR: BEVERAGE CONTAINERS, NAMELY,
CUPS AND MUGS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0-0-1982; IN COMMERCE
0-0-1982.
~~FOR: SMOKER'S ARTICLES, NAMELY, CIG-~~
~~ARETTE LIGHTERS, IN CLASS 34 (U.S. CL. 8).~~
~~FIRST USE 0-0-1985; IN COMMERCE~~
~~0-0-1985.~~
OWNER OF U.S. REG. NOS. 1,234,697,
1,257,146, AND 1,267,861.

SER. NO. 744,794, FILED 8-8-1988.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,536,294

**United States Patent and Trademark Office**

Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



PHILLIES, THE (PENNSYLVANIA LIMITED PARTNERSHIP)
VETERANS STADIUM
3501 S. BROAD STREET
PHILADELPHIA, PA 19148

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-7-1992; IN COMMERCE 4-7-1992.

OWNER OF U.S. REG. NOS. 1,569,839, 1,866,460 AND OTHERS.

SER. NO. 76-213,546, FILED 2-21-2001.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,575,850
Registered June 4, 2002

## TRADEMARK
### PRINCIPAL REGISTER



PITTSBURGH ASSOCIATES (PENNSYLVANIA LIMITED PARTNERSHIP)
PNC PARK AT NORTH SHORE
115 FEDERAL STREET
PITTSBURGH, PA 15212

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, BINDERS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, PENS, PENCILS, AND NON-ELECTRIC ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1948; IN COMMERCE 0-0-1948.

OWNER OF U.S. REG. NOS. 1,224,328, 1,563,011 AND OTHERS.

SER. NO. 76-231,732, FILED 3-28-2001.

ANDREA SAUNDERS, EXAMINING ATTORNEY

Int. Cls.: 14, 16 and 28

Prior U.S. Cls.: 22, 27, 37 and 38

# United States Patent and Trademark Office

Reg. No. 1,560,783
Registered Oct. 17, 1989

## TRADEMARK
### PRINCIPAL REGISTER



ST. LOUIS NATIONAL BASEBALL CLUB, INC. (MISSOURI CORPORATION)
BUSCH STADIUM
ST. LOUIS, MO 63101

FOR: ~~JEWELRY, NAMELY, BATTING HELMET WRISTWATCHES, IN CLASS 14~~ (U.S. CL. 27).

FIRST USE 0–0–1988; IN COMMERCE 0–0–1988.

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, LENTICULAR BASE-BALL CARDS, BASEBALL STICKERS AND BASEBALL STICKER ALBUMS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0–0–1986; IN COMMERCE 0–0–1986.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLASTIC BATTING HELMETS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0–0–1978; IN COMMERCE 0–0–1978.

OWNER OF U.S. REG. NO. 1,214,917.

THE MARK CONSISTS IN PART OF THE LETTERS "ST L".

SER. NO. 766,265, FILED 11–29–1988.

SANDRA FARRAH, EXAMINING ATTORNEY

## TRADEMARK
### PRINCIPAL REGISTER



PADRES L.P. (DELAWARE LIMITED PARTNER-
SHIP)
100 PARK BOULEVARD
SAN DIEGO, CA 92101

FOR: CLOTHING, NAMELY, CAPS, HATS,
SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2004; IN COMMERCE 2-0-2004.

OWNER OF U.S. REG. NOS. 3,136,501 AND
3,528,994.

SN 78-317,941, FILED 10-23-2003.

FONG HSU, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,036,584
Registered Dec. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



PADRES L.P. (DELAWARE LIMITED PARTNER-SHIP)
SAN DIEGO PADRES/PETCO PARK
100 PARK BOULEVARD
SAN DIEGO, CA 92101

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICK-ERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCORE BOOKS, SCORECARDS, PRIN-TED BASEBALL GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, BRO-CHURES AND PAMPHLETS FEATURING BASE-BALL, CALENDARS, PRINTED BANK CHECKBOOKS, CHECKBOOK COVERS, PAPER TABLECLOTHS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, LITHOGRAPHS, PRINTED PA-PER SIGNS, LETTER OPENERS, PENS, PENCILS, DESK STANDS AND HOLDERS FOR PENS, PEN-CILS AND INK, TICKET HOLDERS AND NON-METAL LANYARDS FOR PAPER TICKET HOLD-ERS SOLD AS A UNIT, ART PICTURES AND PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1985; IN COMMERCE 4-0-1985.

OWNER OF U.S. REG. NO. 2,591,107.

SN 78-317,879, FILED 10-23-2003.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,720,480
Registered June 3, 2003

## TRADEMARK
### PRINCIPAL REGISTER



SAN FRANCISCO BASEBALL ASSOCIATES, L.P.
  (CALIFORNIA LIMITED PARTNERSHIP)
PACIFIC BELL PARK
24 WILLIE MAYS PLAZA
SAN FRANCISCO, CA 94107

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, SCOREBOOKS, SCORECARDS, GAME PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, STATIONERY FOLDERS, AUTOGRAPH BOOKS, BOOK COVERS, CALENDARS, GREETING CARDS, GIFT WRAPPING PAPER, PAPER GIFT AND PARTY BAGS, PAPER PARTY GOODS, PAPER COASTERS, PAPER NAPKINS, PAPER TABLECLOTHS, LITHOGRAPHS, PENS,

PENCILS, NON-ELECTRIC ERASERS, AND TICKET HOLDERS AND NON-METAL LANYARDS FOR PAPER TICKET HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1994; IN COMMERCE 4-0-1994.

OWNER OF U.S. REG. NOS. 1,232,819, 1,560,815 AND OTHERS.

THE MARK CONSISTS OF THE LETTERS "SF" IN A STYLIZED FORM.

SER. NO. 76-227,442, FILED 3-20-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

## TRADEMARK
### PRINCIPAL REGISTER



BASEBALL CLUB OF SEATTLE, L.P., THE (WASHINGTON LIMITED PARTNERSHIP)
411 FIRST AVENUE SOUTH
SUITE 480
SEATTLE, WA 98104

FOR: METAL KEY TAGS, METAL KEY RINGS, METAL KEY CHAINS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

FOR: JEWELRY, NAMELY, CHARMS, RINGS, EARRINGS, PINS OF PRECIOUS METAL, NECKLACES, PENDANTS, ORNAMENTAL LAPEL PINS, BELT BUCKLES OF PRECIOUS METAL, WATCHES, WRISTWATCHES; ALARM CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, TRADING CARDS, POSTERS, BOOKS AND BOOKLETS FEATURING BASEBALL, CALENDARS, WALL CALENDARS, PLAYING CARDS, LITHOGRAPHS, PENS, PENCILS, UNMOUNTED PHOTOGRAPHS, PAPERWEIGHTS, BASEBALL CARD ALBUMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

FOR: MUGS, BEVERAGE GLASSWARE, PLASTIC BOTTLES FOR DRINKING WATER, CUPS, PLASTIC CUPS, TANKARDS NOT OF PRECIOUS METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

FOR: CLOTHING; NAMELY, SHIRTS, CAPS, SHORTS, T-SHIRTS, WARM-UP SUITS, JACKETS, VISORS, SHORT, SWEATPANTS, HATS,

SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

FOR: TOYS AND SPORTING GOODS; NAMELY, BASEBALLS, BENDABLE TOY FIGURINES, BATTING HELMETS, TOY TRUCKS, CHRISTMAS TREE ORNAMENTS,

VIDEO GAME CARTRIDGES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

SN 75-975,323, FILED 4-8-1993.

J. C. DEMOS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

# United States Patent and Trademark Office

Reg. No. 1,936,820
Registered Nov. 21, 1995

## TRADEMARK
### PRINCIPAL REGISTER



B/R RANGERS ASSOCIATES, LTD. (TEXAS LIMITED PARTNERSHIP)
P.O. BOX 90111
ARLINGTON, TX 760043111

FOR: CLOTHING, NAMELY SHIRTS, CAPS, SHORTS, ~~DRESSES, SKIRTS,~~ T-SHIRTS, ~~JOGGING SUITS, WARM-UP SUITS,~~ SOCKS, UNDERWEAR, JACKETS, SWEATERS, VESTS, ~~PANTS, PONCHOS,~~ VISORS, ~~RAINCOATS,~~ HATS, ~~CLOTH BIBS, INFANT DIAPER COVERS, CLOTH DIAPER SETS COMPRISED OF CLOTH DIAPER, UNDERSHIRT, AND CLOTH DIAPER COVER, JUMPERS, ROMPERS,~~ UNIFORMS, UNIFORM JERSEYS, ~~WIND-RESISTANT JACKETS,~~ BABY BOOTEES, ~~SHORTS SETS COMPRISED OF SHORTS AND SHIRT, TIES, BOWTIES, NECKTIES, SUSPENDERS, CUMMERBUNDS, EVENING GOWNS,~~ ~~VESTS AND TUXEDOES, PAJAMAS, NIGHTSHIRTS, NIGHTGOWNS, SWEATPANTS,~~ SWEATSHIRTS, MITTENS, GLOVES, KNITTED HEADWEAR, ~~EARMUFFS,~~ SCARVES, FOOTWEAR, ~~THONGS,~~ HOSIERY, SOCKS, ~~WRISTBANDS, HEADBANDS, ROBES,~~ SHOES, SLIPPERS, ~~CHEF'S HATS, APRONS, CLOTHING WRAP, SLIDING GIRDLES, LEG WARMERS, SWIMWEAR, BERETS, BANDANAS, AND MONEY BELTS,~~ IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

OWNER OF U.S. REG. NOS. 1,281,505, 1,291,200 AND OTHERS.

SER. NO. 74-572,931, FILED 9-13-1994.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,442,256
Registered June 3, 2008

## TRADEMARK
### PRINCIPAL REGISTER



WASHINGTON NATIONALS BASEBALL CLUB, LLC (D.C. LTD LIAB CO)
RFK STADIUM
2400 EAST CAPITOL STREET S.E.
WASHINGTON, DC 20003

FOR: CLOTHING, NAMELY, SWEATERS, VESTS, PANTS, WARM-UP SUITS, JOGGING SUITS, SWEATPANTS, BOXER SHORTS, SLEEPWEAR, THERMAL LOUNGEWEAR, JUMPERS, SOCKS, HOSIERY, SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2004; IN COMMERCE 11-0-2004.

THE MARK CONSISTS OF THE LETTER "W" IN STYLIZED FORM.

SN 78-520,866, FILED 11-22-2004.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,559,199

Registered Jan. 6, 2009

## TRADEMARK
### PRINCIPAL REGISTER



WASHINGTON NATIONALS BASEBALL CLUB, LLC (D.C. LIMITED LIABILITY COMPANY)
NATIONALS PARK
1500 SOUTH CAPITOL STREET, S.E.
WASHINGTON, DC 20003

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, TRADING CARDS, POSTERS, STICKERS, DECALS, TEMPORARY TATTOOS, BUMPER STICKERS, PAPER GIFT AND PARTY BAGS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, PENS, PENCILS; SCORE BOOKS, SCORECARDS; PRINTED BASEBALL GAME PROGRAMS; MAGAZINES AND BOOKS FEATURING BASEBALL, NEWSLETTERS, BROCHURES AND PAMPHLETS FEATURING BASEBALL, WRITING PADS, NOTE PAPER, SCORE BOOKS, SCORE CARDS, PRINTED BASEBALL PROGRAMS, MAGAZINES AND BOOKS FEATURING BASEBALL, NEWSLETTERS, BROCHURES AND PAMPHLETS FEATURING BASEBALL, WRITING PADS, NOTE PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

THE MARK CONSISTS OF THE LETTERS "DC" IN STYLIZED FORM.

SN 78-980,743, FILED 11-22-2004.

HOWARD SMIGA, EXAMINING ATTORNEY