20 Cards per Pack  
16 Packs per Box

HOBBY

**UPPER DECK**™

2010 Series 1 BASEBALL

**Two Memorabilia Cards and One Autograph Card in every box!**



NOT authorized by Major League Baseball or its Member Teams















 

 

