Brendan J. O'Rourke (BO-2351)
Adam D. Siegartel (AS-6947)
Alexander Kaplan (AK-4207)
Patrick J. Dempsey (PD-8372)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
Fax: (212) 969-3671
email: borourke@proskauer.com

*Attorneys for Plaintiff Major League Baseball Properties, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., <br><br> PLAINTIFF, <br><br> -against- <br><br> THE UPPER DECK COMPANY, LLC, <br><br> DEFENDANT. | Case No. 10-CV-732-RWS <br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Major League Baseball Enterprises, Inc. is the parent corporation of Major League Baseball Properties, Inc., and that there are no publicly held corporations that own more than 10% of the stock of Major League Baseball Properties, Inc.

Dated: New York, New York
January 31, 2010

PROSKAUER ROSE LLP

By: _____
/Brendan J. O'Rourke
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Plaintiff*
Major League Baseball Properties, Inc.