CLOSED

# U.S. District Court
# Northern District of Georgia (Rome)
# CIVIL DOCKET FOR CASE #: 4:97-cv-00208-HLM

NBA Properties, Inc., et al v. Dahlonega Mint, Inc., et al
Assigned to: Judge Harold L. Murphy
Demand: $0
Cause: 15:1114 Trademark Infringement

Date Filed: 07/02/1997
Date Terminated: 04/02/1999
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**NBA Properties, Inc.**
*a New York Corporation*

represented by **James A. Trigg**
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta , GA 30309-4530
404-815-6500
Email: jtrigg@kilpatrickstockton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Graham**
Kilpatrick Stockton
1001 West Fourth Street
Winston-Salem , NC 27101
336-607-7300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Howard Brewster**
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta , GA 30309-4530
404-815-6500
Email: bbrewster@kilpatrickstockton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Football League Properties, Inc.**
*a California Corporation*

represented by **James A. Trigg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Thomas E. Graham**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **William Howard Brewster**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dahlonega Mint, Inc.**      represented by  **Christopher A. Townley**
*a Georgia Corporation*                              Office of Christopher A. Townley
*doing business as*                                  P.O. Box 278
Chattanooga Coin & Sportscards          1406 South Crest Road
*doing business as*                                  Rossville, GA 30741
Chattanooga Coin Co.                        404-861-6003
*doing business as*                                  Email: townleychris@hotmail.com
Chattanooga Coin, DM Inc.                *LEAD ATTORNEY*
*doing business as*                                  *ATTORNEY TO BE NOTICED*
DM Corp

                    **Daniel James Warren**
                    Sutherland Asbill & Brennan-GA
                    999 Peachtree Street, N.E.
                    Suite 2300
                    Atlanta, GA 30309-3996
                    404-853-8028
                    Email: daniel.warren@sablaw.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Hugh J. Moore, Jr.**
                    Witt Gaither & Whitaker
                    736 Market Street
                    1100 SunTrust Bank Building
                    Chattanooga, TN 37402-2608
                    423-265-8881
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Lewis Revels**              represented by  **Christopher A. Townley**
*an individual*                                 (See above for address)
                    *TERMINATED: 07/13/1998*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Daniel James Warren**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh J. Moore , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Revels**
*an individual*
*TERMINATED: 08/31/1998*

represented by **Christopher A. Townley**
(See above for address)
*TERMINATED: 07/13/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Dell Hall**
Witt Gaither & Whitaker
736 Market Street
1100 SunTrust Bank Building
Chattanooga , TN 37402-2608
423-265-8881
Email: chall@fcmlaw.net
*TERMINATED: 08/31/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh J. Moore , Jr.**
(See above for address)
*TERMINATED: 08/31/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/1997 | 1 | COMPLAINT filed and summons issued. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney FILING FEE $ 150.00 RECEIPT # 243596 (ln) (Entered: 07/07/1997) |
| 07/02/1997 | 2 | ANSWERS TO MANDATORY DISCLOSURES by plaintiffs NBA Properties, Inc., Natl Football League (ln) (Entered: 07/07/1997) |
| 07/02/1997 | 3 | Emergency MOTION by plaintiffs NBA Properties, Inc., Natl Football League for asset freeze with brief in support. (ln) (Entered: 07/07/1997) |
| 07/02/1997 | 4 | Declarations of Wayne Grooms, Harvey Benjamin and Colin Hagen for plaintiffs NBA Properties, Inc., Natl Football League (ln) (Entered: 07/07/1997) |
| 07/02/1997 | 5 | Emergency MOTION by plaintiffs NBA Properties, Inc., Natl Football League for limited expedited discovery with brief in support. (ln) (Entered: 07/07/1997) |
| 07/07/1997 |  | AO 120 form mailed to Trademark Office. (ln) (Entered: 07/07/1997) |

| | | |
|---|---|---|
| 07/07/1997 | 6 | Affidavit of attorney Joseph E. Willard, Jr. (vv) (Entered: 07/07/1997) |
| 07/07/1997 | 7 | HEARING HELD on motion for limited expedited discovery and asset freeze before Judge Harold L. Murphy; the Court orally entered a seizure order and for expedited discovery; discovery to be completed w/in 14 days from today; the Court will require that the defendant comply with para. #3 and #4 of proposed order; the Court will enter written order. (vv) (Entered: 07/07/1997) |
| 07/07/1997 | | Add attorney for defendants Dahlonega Mint, Inc., Lewis Revels, Mary Revels, Christopher A. Townley, Hugh J. Moore Jr. as counsel. (ln) (Entered: 07/07/1997) |
| 07/07/1997 | 8 | ORDER by Judge Harold L. Murphy GRANTING [5-1] motion for limited expedited discovery (cc) (ln) (Entered: 07/08/1997) |
| 07/08/1997 | | Steno notes of proceedings held July 7, 1997 before Judge Harold L. Murphy, by Court Reporter Martha Frutchey. (vv) (Entered: 07/08/1997) |
| 07/10/1997 | 9 | ORDER by Judge Harold L. Murphy GRANTING [3-1] motion for asset freeze (cc) (dd) (Entered: 07/10/1997) |
| 07/21/1997 | 10 | CONSENT ORDER extending time thru 7/25/97 for defendant Mary Revels to respond to plaintiffs' interrogatories by Judge Harold L. Murphy (cc) (dd) (Entered: 07/21/1997) |
| 07/22/1997 | 11 | Application for admission of Thomas E. Graham pro hac vice for plaintiffs NBA Properties, Inc., Natl Football League (ln) (Entered: 07/22/1997) |
| 07/22/1997 | 11 | ORDER by Judge Harold L. Murphy GRANTING [11-1] pro hac vice application (cc) (ln) (Entered: 07/22/1997) |
| 07/23/1997 | 12 | ANSWER by defendants Dahlonega Mint, Inc., Lewis Revels to complaint [1-1] Discovery ends 12/20/97 (ln) (Entered: 07/23/1997) |
| 07/23/1997 | 13 | Demand for JURY TRIAL by defendants Dahlonega Mint, Inc., Lewis Revels (ln) (Entered: 07/23/1997) |
| 07/25/1997 | 14 | ANSWER by defendant Mary Revels to complaint [1-1] (dd) (Entered: 07/25/1997) |
| 07/28/1997 | 15 | Application for admission of Hugh J. Moore, Jr. pro hac vice for defendant Mary Revels (dd) (Entered: 07/28/1997) |
| 07/28/1997 | 15 | ORDER by Judge Harold L. Murphy GRANTING Hugh J. Moore, Jr. [15-1] pro hac vice application (cc) (dd) (Entered: 07/28/1997) |
| 07/28/1997 | 16 | CONSENT ORDER by Judge Harold L. Murphy, extending time extending time for the continuation of Lewis Revels deposition on 8/4/97 (cc) (dd) (Entered: 07/29/1997) |
| 07/29/1997 | | TRANSCRIPT filed for date of July 7, 1997 Court Reporter: Martha Frutchey (vv) (Entered: 07/29/1997) |
| 08/05/1997 | 17 | EMERGENCY MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels to lift or modify asset freeze order with brief in support. (vv) Modified on 08/08/1997 (Entered: 08/08/1997) |
| 08/05/1997 | 18 | TELE-CONFERENCE HELD re emergency motion; plaintiffs will respond and defendants directed to submit a proposed solution to the situation; the Court will rule on the motion within the next week before Judge Harold L. Murphy (vv) Modified on |

| | | |
|---|---|---|
| | | 08/08/1997 (Entered: 08/08/1997) |
| 08/06/1997 | 19 | TELE-CONFERENCE HELD re emergency motion; parties are to prepare proposed order before Judge Harold L. Murphy (vv) Modified on 08/08/1997 (Entered: 08/08/1997) |
| 08/07/1997 | 20 | ANSWERS TO MANDATORY DISCLOSURES by defendants Dahlonega Mint, Inc., Lewis Revels (ln) Modified on 08/08/1997 (Entered: 08/07/1997) |
| 08/08/1997 | 21 | Certificate of interested persons. (to judge) (dd) (Entered: 08/08/1997) |
| 08/08/1997 | 22 | Response by plaintiff NBA Properties, Inc., plaintiff Natl Football League in opposition to [17-1] motion to lift or modify asset freeze order (dd) (Entered: 08/08/1997) |
| 08/08/1997 | | Steno notes of proceedings held Aug. 5, 1997 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 08/08/1997) |
| 08/08/1997 | | Steno notes of proceedings held Aug. 6, 1997 before Judge Harold L. Murphy, by Court Reporter Andy Ashley. (vv) (Entered: 08/08/1997) |
| 08/18/1997 | 23 | ANSWERS TO MANDATORY DISCLOSURES by defendant Mary Revels (dd) (Entered: 08/18/1997) |
| 08/19/1997 | 24 | MODIFIED ASSET FREEZE ORDER by Judge Harold L. Murphy, (cc) (dd) (Entered: 08/19/1997) |
| 08/21/1997 | | Joint Proposed preliminary statement by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels . (dd) (Entered: 08/21/1997) |
| 08/21/1997 | 25 | Joint Preliminary Statement and Scheduling Order, filed. (dd) (Entered: 08/21/1997) |
| 08/27/1997 | | Steno notes of proceedings held Aug. 15, 1997 before Judge Harold L. Murphy, by Court Reporter Martha Frutchey. (vv) (Entered: 08/27/1997) |
| 10/02/1997 | 26 | Stipulation, and order respecting confidnetiality of discovery materials by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels approved by Judge Harold L. Murphy; cc (dd) (Entered: 10/02/1997) |
| 10/03/1997 | 27 | ORDER by Judge Harold L. Murphy denying as moot the [17-1] motion to lift or modify asset freeze order by Lewis Revels, Dahlonega Mint, Inc.as it was resolved by the parties (cc) (dd) (Entered: 10/06/1997) |
| 12/18/1997 | 28 | MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League for order requiring compliance with 8/18/97 modified asset freeze order with brief in support. (dd) (Entered: 12/18/1997) |
| 12/24/1997 | 29 | Response by defendant Dahlonega Mint, Inc., defendant Lewis Revels in opposition to [28-1] motion for order requiring compliance with 8/18/97 modified asset freeze order (dd) (Entered: 12/24/1997) |
| 12/24/1997 | 29 | COUNTER-MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels for modification of the 8/18/97 Order and , request for settlement conference with brief in support. (dd) (Entered: 12/24/1997) |

| Date | No. | Description |
|---|---|---|
| 12/24/1997 | 30 | Joint MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels to extend time discovery thru 1/16/98 (dd) (Entered: 12/24/1997) |
| 12/31/1997 | 31 | ORDER by Judge Harold L. Murphy GRANTING [30-1] joint motion to extend time to complete discovery thru 1/16/98 (cc) (vv) (Entered: 12/31/1997) |
| 01/13/1998 | | SUBMITTED to Judge Harold L. Murphy on [28-1] motion for order requiring compliance with 8/18/97 modified asset freeze order, [29-1] oppose/support memo/response (dd) (Entered: 01/13/1998) |
| 01/13/1998 | 32 | Reply brief by plaintiff NBA Properties, Inc., plaintiff Natl Football League in support of [29-1] motion for modification of the 8/18/97 Order and brief in opposition to defendants' counter-motion for modification of the 8/18/97 Order. (dd) (Entered: 01/13/1998) |
| 01/13/1998 | 32 | Brief by plaintiff NBA Properties, Inc., plaintiff Natl Football League in opposition to [29-2] motion (dd) (Entered: 01/13/1998) |
| 01/21/1998 | | SUBMITTED to Judge Harold L. Murphy on [29-2] motion request for settlement conference, [29-1] motion for modification of the 8/18/97 Order and, [32-1] oppose/support memo/response, [32-1] oppose/support memo/response (dd) (Entered: 01/21/1998) |
| 01/29/1998 | 33 | Reply brief by defendants Dahlonega Mint, Inc., Lewis Revels in support of [29-1] motion for modification of the 8/18/97 Order (ln) Modified on 11/24/1998 (Entered: 01/30/1998) |
| 02/05/1998 | 34 | MOTION by plaintiffs NBA Properties, Inc., Natl Football League for summary judgment with memorandum in support. (memorandum UNDER SEAL) (ln) (Entered: 02/06/1998) |
| 02/05/1998 | 35 | STATEMENT of undisputed material facts in support of [34-1] motion for summary judgment by plaintiffs NBA Properties, Inc., Natl Football League with appendix. UNDER SEAL. (ln) (Entered: 02/06/1998) |
| 02/06/1998 | | Notice of [34-1] motion for summary judgment by Natl Football League, NBA Properties, Inc. filed 2/5/98 mailed 2/6/98. (ln) (Entered: 02/06/1998) |
| 02/13/1998 | 36 | ORDER by Judge Harold L. Murphy, that the attached joint stipulation as to Non-Contested Designs be made part of record (cc) (ln) (Entered: 02/13/1998) |
| 02/13/1998 | 37 | Joint Stipulation, as to non-contested designs by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels (dd) Modified on 03/04/1998 (Entered: 03/04/1998) |
| 02/17/1998 | 38 | Joint MOTION by plaintiffs NBA Properties, Inc., Natl Football League, defendants Dahlonega Mint, Inc., Lewis Revels, Mary Revels to extend time thru 4/18/98 to file consolidated Pretrial Order (ln) Modified on 03/04/1998 (Entered: 02/17/1998) |
| 02/17/1998 | 39 | Response by defendant Mary Revels [34-1] motion for summary judgment (dd) Modified on 03/04/1998 (Entered: 02/17/1998) |
| 02/17/1998 | 40 | MOTION by defendants Dahlonega Mint, Inc., Lewis Revels in limine to enforce LR 26.3C with brief in support. (ln) Modified on 03/04/1998 (Entered: 02/18/1998) |

| Date | # | Description |
|---|---|---|
| 02/18/1998 | 41 | ORDER by Judge Harold L. Murphy GRANTING [37-1] joint motion to extend time thru 4/18/98 to file consolidated Pretrial Order (cc) (dd) Modified on 03/04/1998 (Entered: 02/18/1998) |
| 02/25/1998 | 42 | Response by defendants Dahlonega Mint, Inc., Lewis Revels in opposition to [34-1] motion for summary judgment with Exhibits. (ln) Modified on 03/04/1998 (Entered: 02/27/1998) |
| 02/25/1998 | 43 | Response by defendants Dahlonega Mint, Inc., Lewis Revels to [35-1] statement of undisputed material facts. (ln) Modified on 03/04/1998 (Entered: 02/27/1998) |
| 03/04/1998 | 44 | MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels to extend time to file brief in opposition [40-1] through 3/12/98 to motion in limine to enforce LR 26.3C with brief in support. (dd) (Entered: 03/04/1998) |
| 03/05/1998 | 45 | SETTLEMENT CONFERENCE HELD before Judge Harold L. Murphy; the Court orally granted motion in limine; the Court orally allows a 10-day stay in order to finalize the settlement; parties to submit proposed order for asset freeze. (vv) (Entered: 03/05/1998) |
| 03/05/1998 | | VERBAL ORDER by Judge Harold L. Murphy GRANTING [40-1] motion in limine to enforce LR 26.3C (vv) (Entered: 03/05/1998) |
| 03/05/1998 | | Steno notes of proceedings held March 5, 1998 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 03/06/1998) |
| 03/06/1998 | 46 | ORDER by Judge Harold L. Murphy denying as moot the [44-1] motion to extend time to file brief in opposition [40-1] through 3/12/98 to motion in limine to enforce LR 26.3C by Lewis Revels, Dahlonega Mint, Inc., DENYING [40-1] motion in limine to enforce LR 26.3C by Lewis Revels, Dahlonega Mint, Inc., GRANTING IN PART AND DENYING IN PART [29-1] motion for modification of the 8/18/97 Order and by Lewis Revels, Dahlonega Mint, Inc., GRANTING [29-2] motion request for settlement conference, GRANTING IN PART AND DENYING IN PART [28-1] motion for order requiring compliance with 8/18/97 modified asset freeze order by Natl Football League, NBA Properties, Inc. (cc) (ln) (Entered: 03/06/1998) |
| 03/06/1998 | | SUBMITTED to Judge Harold L. Murphy on [34-1] motion for summary judgment, [39-1] oppose/support memo/response, [43-1] oppose/support memo/response, [42-1] oppose/support memo/response (dd) (Entered: 03/06/1998) |
| 03/23/1998 | 47 | Reply brief by plaintiffs NBA Properties, Inc., Natl Football League in support of its motion [34-1] motion for summary judgment (ln) (Entered: 03/23/1998) |
| 04/17/1998 | 48 | Joint MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels to extend time for filing consolidated pretrial order thru 6/17/98 (dd) (Entered: 04/17/1998) |
| 04/29/1998 | 49 | ORDER by Judge Harold L. Murphy GRANTING [48-1] joint motion to extend time for filing consolidated pretrial order thru 6/17/98 (cc) (dd) (Entered: 04/29/1998) |
| 05/06/1998 | 50 | Modified Asset Freeze ORDER by Judge Harold L. Murphy (see order for details) (cc) (ln) (Entered: 05/06/1998) |
| 05/22/1998 | | TRANSCRIPT filed for date of March 5, 1998 Court Reporter: Dennis Reidy (vv) (Entered: 05/22/1998) |

| | | |
|---|---|---|
| 06/03/1998 | 51 | ORDER by Judge Harold L. Murphy GRANTING IN PART AND DENYING IN PART [34-1] motion for summary judgment by Natl Football League, NBA Properties, Inc., Modifying the Order of 4/29/98 that parties have 11 days to submit their proposed consolidated pre-trial order. (pre-trial order due on 6/15/98); motions in limine are due at least 7 days before trial (cc) (ln) (Entered: 06/03/1998) |
| 06/15/1998 | 52 | Joint MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels to extend time for filing joint consolidated pretrial order cc (dd) (Entered: 06/15/1998) |
| 06/15/1998 | 53 | ORDER by Judge Harold L. Murphy GRANTING [52-1] joint motion to extend time thru 8/7/98 for filing joint consolidated pretrial order (cc) (dd) (Entered: 06/15/1998) |
| 06/18/1998 | 54 | MOTION to withdraw by Christopher A. Townley as attorney for Lewis Revels, Mary Revels with brief in support. (dd) (Entered: 06/18/1998) |
| 07/09/1998 | | SUBMITTED to Judge Harold L. Murphy on [54-1] motion to withdraw by Christopher A. Townley as attorney for Lewis Revels, Mary Revels (dd) (Entered: 07/09/1998) |
| 07/10/1998 | 55 | ORDER by Judge Harold L. Murphy GRANTING [54-1] motion to withdraw by Christopher A. Townley as attorney for Lewis Revels, Mary Revels (cc) (dd) (Entered: 07/13/1998) |
| 07/13/1998 | 56 | Waiver of jury demand by defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels (dd) (Entered: 07/13/1998) |
| 07/22/1998 | 57 | MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels to compel, and or in the alternative motion in limine with brief in support. (dd) (Entered: 07/27/1998) |
| 07/29/1998 | 58 | Order excusing Daniel J. Warren from personal appearance for the period 9/1/98-9/10/98 before the Court. (dd) (Entered: 07/29/1998) |
| 08/06/1998 | 59 | Brief by plaintiff NBA Properties, Inc., plaintiff Natl Football League in opposition to [57-1] motion to compel, [57-2] motion in limine (dd) (Entered: 08/06/1998) |
| 08/07/1998 | 60 | Joint MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels, defendant Mary Revels to extend time to file consolidated pretrial order thru 8/21/98 (dd) (Entered: 08/07/1998) |
| 08/07/1998 | 61 | ORDER by Judge Harold L. Murphy GRANTING [60-1] joint motion to extend time to file consolidated pretrial order thru 8/21/98 (cc) (dd) (Entered: 08/07/1998) |
| 08/11/1998 | | SUBMITTED to Judge Harold L. Murphy on [57-1] motion to compel, [57-2] motion in limine, [59-1] oppose/support memo/response (dd) (Entered: 08/11/1998) |
| 08/25/1998 | | Proposed pre-trial order received (ln) (Entered: 08/25/1998) |
| 08/31/1998 | 62 | Stipulation, and order for dismissal of defendant Mary Revels by parties approved by Judge Harold L. Murphy; cc (dd) (Entered: 08/31/1998) |
| 09/10/1998 | | Terminated submissions. (ln) (Entered: 09/10/1998) |
| 09/16/1998 | 63 | ORDER by Judge Harold L. Murphy GRANTING [57-1] motion to compel, denying as moot the [57-2] motion in limine by Lewis Revels, Dahlonega Mint, Inc. (cc) (dd) (Entered: 09/16/1998) |

| | | |
|---|---|---|
| 11/24/1998 | 64 | MOTION by defendants Dahlonega Mint, Inc., Lewis Revels in limine to bar evidence of sales before Aug. 93 with memorandum of law in support. (memorandum UNDER SEAL) (ln) Modified on 11/24/1998 (Entered: 11/24/1998) |
| 12/01/1998 | 65 | MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League to exclude report and testimony of defendants' expert on damage issues with brief in support. (dd) (Entered: 12/01/1998) |
| 12/04/1998 | | Terminated submissions. (ln) (Entered: 12/04/1998) |
| 12/07/1998 | 66 | Notice to take deposition of Ken Goldin by defendant Dahlonega Mint, Inc., defendant Lewis Revels (dd) (Entered: 12/07/1998) |
| 12/09/1998 | 67 | Expert Witness reports by defendants Dahlonega Mint, Inc., Lewis Revels (ln) (Entered: 12/09/1998) |
| 12/11/1998 | 68 | Response by defendants Dahlonega Mint, Inc., Lewis Revels to [65-1] motion to exclude report and testimony of defendants' expert on damage issues (ln) (Entered: 12/11/1998) |
| 12/14/1998 | 69 | MOTION by defendant Dahlonega Mint, Inc., defendant Lewis Revels for sanctions with brief(UNDER SEAL) in support. (dd) (Entered: 12/22/1998) |
| 12/15/1998 | 70 | Memo by plaintiff NBA Properties, Inc., plaintiff Natl Football League in opposition to [64-1] motion in limine to bar evidence of sales before Aug. 93 (dd) (Entered: 12/15/1998) |
| 12/15/1998 | 71 | MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League to extend time to file brief in [64-1] opposition to motion in limine to bar evidence of sales before Aug. 93 thru 12/15/98 with brief in support. (dd) (Entered: 12/15/1998) |
| 12/15/1998 | 72 | ORDER by Judge Harold L. Murphy GRANTING [71-1] motion to extend time to file brief in [64-1] opposition to motion in limine to bar evidence of sales before Aug. 93 (cc) (dd) (Entered: 12/15/1998) |
| 12/18/1998 | 73 | Supplemental expert witness reports by defendants Dahlonega Mint, Inc., Lewis Revels (ln) (Entered: 12/18/1998) |
| 12/18/1998 | 74 | Notice of filing of discovery by plaintiffs NBA Properties, Inc., Natl Football League . (ln) (Entered: 12/18/1998) |
| 12/18/1998 | | Depositions of Dennis Murray, Lewis Revels, Jr. (3 vols) taken for plaintiffs NBA Properties, Inc., Natl Football League (ln) (Entered: 12/18/1998) |
| 12/21/1998 | 75 | Notice of substitution of will-call witness by plaintiff NBA Properties, Inc., plaintiff Natl Football League . (vv) (Entered: 12/21/1998) |
| 12/21/1998 | 76 | Reply brief to [65-1] motion to exclude report and testimony of defendants' expert on damage issues, [68-1] oppose/support memo/response by plaintiff NBA Properties, Inc., plaintiff Natl Football League . (vv) (Entered: 12/21/1998) |
| 12/21/1998 | 79 | STATUS CONFERENCE HELD before Judge Harold L. Murphy; the Court removed the case from the Jan. 4, 1999 calendar. (vv) (Entered: 12/28/1998) |
| 12/22/1998 | | SUBMITTED to Judge Harold L. Murphy on [64-1] motion in limine to bar evidence of sales before Aug. 93, [70-1] oppose/support memo/response (dd) (Entered: 12/22/1998) |

| | | |
|---|---|---|
| 12/22/1998 | | SUBMITTED to Judge Harold L. Murphy on [65-1] motion to exclude report and testimony of defendants' expert on damage issues, [76-1] reply brief (dd) (Entered: 12/22/1998) |
| 12/23/1998 | 77 | ORDER by Judge Harold L. Murphy DENYING [69-1] motion for sanctions by Lewis Revels, Dahlonega Mint, Inc., DENYING [65-1] motion to exclude report and testimony of defendants' expert on damage issues by Natl Football League, NBA Properties, Inc., DENYING [64-1] motion in limine to bar evidence of sales before Aug. 93 by Lewis Revels, Dahlonega Mint, Inc. (cc) (dd) Modified on 12/24/1998 (Entered: 12/23/1998) |
| 12/24/1998 | 78 | Joint MOTION by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels to extend time for briefing deadlines (Order 77 ruled on motions referred to in this extension.) (dd) Modified on 12/30/1998 (Entered: 12/24/1998) |
| 01/04/1999 | 80 | Reply by defendant Dahlonega Mint, Inc., defendant Lewis Revels in opposition to [64-1] motion in limine to bar evidence of sales before Aug. 93; or in the alternative, motion for reconsider. (dd) Modified on 02/03/1999 (Entered: 01/04/1999) |
| 01/12/1999 | 81 | Consolidated Pre-trial order filed by Judge Harold L. Murphy (dd) (Entered: 01/13/1999) |
| 01/12/1999 | 82 | Amendment to [81-1] pretrial order by plaintiff NBA Properties, Inc., plaintiff Natl Football League, defendant Dahlonega Mint, Inc., defendant Lewis Revels . (dd) (Entered: 01/13/1999) |
| 01/12/1999 | 83 | PRE-TRIAL CONFERENCE HELD before Judge Harold L. Murphy; all parties present; trial dates set for February 4,5,8 and 9- the Plaintiff will have the first two days; trial briefs due 2 or 3 days prior to trial(2/1/99) and if possible the Findings of Fact and Conclusions of Law. (dd) (Entered: 01/13/1999) |
| 01/25/1999 | | Terminated submissions. (ln) (Entered: 01/25/1999) |
| 01/28/1999 | 84 | MOTION by defendants Dahlonega Mint, Inc., Lewis Revels in limine to suppress the deposition of Dennis Murray a/k/a Kevin Brady with brief in support. (ln) (Entered: 01/28/1999) |
| 01/28/1999 | | TRANSCRIPT filed for date of Jan. 12, 1999 Court Reporter: Dennis Reidy (vv) (Entered: 01/28/1999) |
| 01/29/1999 | 85 | Notice of filing amendments to joint pretrial order by defendants Dahlonega Mint, Inc., Lewis Revels . (ln) (Entered: 01/29/1999) |
| 01/29/1999 | 86 | Notice of Filing of depositions by defendants Dahlonega Mint, Inc., Lewis Revels . (ln) (Entered: 01/29/1999) |
| 01/29/1999 | | Depositions of Charles M. Phillips & Kenneth L.Goldin taken for defendants Dahlonega Mint, Inc., Lewis Revels (ln) (Entered: 01/29/1999) |
| 02/03/1999 | 87 | ORDER denying Defendants' motion to reconsider by Judge Harold L. Murphy (cc) (dd) (Entered: 02/03/1999) |
| 02/03/1999 | 88 | Notice of depositions by plaintiff NBA Properties, Inc., plaintiff Natl Football League . (dd) (Entered: 02/03/1999) |

| | | |
|---|---|---|
| 02/03/1999 | | Deposition of Colin Hagen taken for plaintiff NBA Properties, Inc., plaintiff Natl Football League (dd) (Entered: 02/03/1999) |
| 02/03/1999 | | Deposition of Charles M. Phillips, CPA taken for plaintiff NBA Properties, Inc., plaintiff Natl Football League (dd) (Entered: 02/03/1999) |
| 02/03/1999 | 89 | Notice of filing Amendments to Joint Pretrial Order by plaintiff NBA Properties, Inc., plaintiff Natl Football League and Order approving same. (dd) Modified on 02/04/1999 (Entered: 02/03/1999) |
| 02/03/1999 | 90 | Brief by plaintiffs NBA Properties, Inc., Natl Football League in opposition to [84-1] motion in limine to suppress the deposition of Dennis Murray a/k/a Kevin Brady (vv) (Entered: 02/04/1999) |
| 02/03/1999 | 91 | Proposed findings of fact and conclusions of law by plaintiffs NBA Properties, Inc., Natl Football League (vv) (Entered: 02/04/1999) |
| 02/04/1999 | 92 | Non-jury trial before Judge Harold L. Murphy begins;opening statements; witnesses sworn and testified; exhs admitted; Court orally denied mot in limine as to Mr. Brady's deposition; trial cont'd to 2/5/99. (vv) (Entered: 02/10/1999) |
| 02/04/1999 | | VERBAL ORDER by Judge Harold L. Murphy DENYING [84-1] motion in limine to suppress the deposition of Dennis Murray a/k/a Kevin Brady by Lewis Revels, Dahlonega Mint, Inc. (vv) (Entered: 02/10/1999) |
| 02/05/1999 | 93 | Non-jury trial before Judge Harold L. Murphy continues; further testimony; exhs admitted; trial cont'd to 2/8/99. (vv) (Entered: 02/10/1999) |
| 02/08/1999 | 94 | Response by defendant Dahlonega Mint, Inc., defendant Lewis Revels to the Court's inquiries of Feb. 4, 1999. (vv) (Entered: 02/10/1999) |
| 02/08/1999 | 95 | Non-jury trial before Judge Harold L. Murphy continues; further testimony; the Court orally denies defts' oral rule 52(c) motion for jgm on partial findings; exhs admitted; trial cont'd to 2/9/99. (vv) (Entered: 02/10/1999) |
| 02/09/1999 | 96 | Notice of filing of deposition by plaintiff NBA Properties, Inc., plaintiff Natl Football League (Terry Gentle). (vv) (Entered: 02/10/1999) |
| 02/09/1999 | | Deposition of Terry Gentle (with exhibits separate folder) (vv) (Entered: 02/10/1999) |
| 02/09/1999 | 97 | Non-jury trial before Judge Harold L. Murphy concluded; proposed findings and conclusions due by 2/17/99, to argue on the 2/18/99; hearing to be scheduled after 3/8/99. (vv) (Entered: 02/10/1999) |
| 02/11/1999 | | Steno notes of proceedings held 2/4-5,8-9/99 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 02/11/1999) |
| 02/11/1999 | | TRANSCRIPT (partial) filed RE: for date of Feb. 4, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/11/1999) |
| 02/11/1999 | | TRANSCRIPT filed RE: for date of Feb. 4, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/21/1999) |
| 02/17/1999 | 98 | Post-Trial Proposed findings of fact and conclusions of law by plaintiffs Natl Football League, NBA Properties, Inc. (ln) (Entered: 02/17/1999) |

| | | |
|---|---|---|
| 02/18/1999 | 99 | Trial briefs by plaintiffs Natl Football League, NBA Properties, Inc. . (ln) (Entered: 02/18/1999) |
| 02/18/1999 | 100 | HEARING HELD on proposed findings and conclusions of law before Judge Harold L. Murphy; case taken under advisement. (vv) (Entered: 02/19/1999) |
| 02/19/1999 | | TRANSCRIPT filed RE: for date of Feb. 5, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/21/1999) |
| 02/19/1999 | | TRANSCRIPT filed RE: for date of Feb. 8, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/21/1999) |
| 02/19/1999 | | TRANSCRIPT filed RE: for date of Feb. 9, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/21/1999) |
| 02/24/1999 | | Steno notes of proceedings held Feb. 18, 1999 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 02/25/1999) |
| 02/25/1999 | | TRANSCRIPT filed RE: for date of Feb. 18, 1999 Court Reporter: Dennis Reidy - (vv) (Entered: 02/25/1999) |
| 03/04/1999 | 101 | Memorandum demonstrating corroboration of Dennis Murray deposition testimony by plaintiffs Natl Football League, NBA Properties, Inc. (ln) (Entered: 03/04/1999) |
| 03/15/1999 | 102 | Supplemental Post-Trial Proposed findings of fact and conclusions of law by plaintiff Natl Football League, plaintiff NBA Properties, Inc. (ln) (Entered: 03/15/1999) |
| 03/16/1999 | 103 | Memorandum by defendants Lewis Revels, Dahlonega Mint, Inc. regarding the deposition testimony of Dennis Murray a/k/a Kevin Brady. (ln) (Entered: 03/16/1999) |
| 03/22/1999 | | Steno notes of proceedings held 1/12/99 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 04/04/1999) |
| 04/02/1999 | 104 | ORDER by Judge Harold L. Murphy, PERMANENTLY ENJOINING dfts., their officers, etc. from engaging in any of the acts listed in the Order; within 30 days from entry of judgment the defendants shall surrender to plaintiffs for distruction those cards subject to this Order in defendants' possession, custody or control; within 30 days after entry of judgment defendants shall file with the Court and serve on plas' counsel a report in writing under oath setting forth the actions taken to comply with the terms; defendants to pay plaintiffs the sum of $495,930.00 in monetary relief; defendants to pay plaintiffs reasonable attys' fees and costs associated with this litigation (SEE ORDER FOR DETAILS) (cc) (ln) (Entered: 04/05/1999) |
| 04/02/1999 | 105 | JUDGMENT ENTERED for plaintiffs Natl Football League, NBA Properties, Inc. against defendants Lewis Revels, Dahlonega Mint, Inc.cc (ln) (Entered: 04/05/1999) |
| 04/02/1999 | | Case terminated. (ln) (Entered: 04/05/1999) |
| 04/05/1999 | | AO 120 form mailed. (ln) (Entered: 04/05/1999) |
| 04/13/1999 | 106 | ORDER by Judge Harold L. Murphy VACATING the Judgment entered 4/2/99 (cc) (dd) (Entered: 04/13/1999) |
| 04/13/1999 | 107 | JUDGMENT ENTERED for plaintiff Natl Football League, plaintiff NBA Properties, Inc. against defendant Lewis Revels, defendant Dahlonega Mint, Inc. cc (dd) (Entered: 04/13/1999) |

| Date | No. | Description |
|---|---|---|
| 04/16/1999 | 108 | Emergency MOTION by defendants Lewis Revels, Dahlonega Mint, Inc. to stay proceedings to enforce judgment with brief in support. (ln) (Entered: 04/16/1999) |
| 04/16/1999 | 109 | MOTION by defendants Lewis Revels, Dahlonega Mint, Inc. to amend the findings, and/or to amend [107-1] judgment, and/or for new trial with brief in support. (ln) (Entered: 04/16/1999) |
| 04/16/1999 | 110 | TELE-CONFERENCE HELD before Judge Harold L. Murphy on [108-1] motion to stay proceedings to enforce judgment; the Court orally granted the motion. (vv) (Entered: 04/19/1999) |
| 04/16/1999 |  | VERBAL ORDER by Judge Harold L. Murphy GRANTING [108-1] motion to stay proceedings to enforce judgment (vv) (Entered: 04/19/1999) |
| 04/19/1999 |  | Steno notes of proceedings held 4/16/99 before Judge Harold L. Murphy, by Court Reporter Dennis Reidy. (vv) (Entered: 04/19/1999) |
| 05/03/1999 | 111 | Brief by plaintiffs Natl Football League, NBA Properties, Inc. in opposition to [109-1] motion to amend the findings, [109-2] motion to amend [107-1] judgment, [109-3] motion for new trial (ln) (Entered: 05/04/1999) |
| 05/03/1999 | 112 | Bill of costs of plaintiffs Natl Football League, NBA Properties, Inc. in the amount of $17,822.59. (ln) (Entered: 05/04/1999) |
| 05/03/1999 | 113 | Declaration of William H. Brewster in support of award of atty fees & costs with appendix. (in separate folder) (ln) (Entered: 05/04/1999) |
| 05/04/1999 |  | COSTS TAXED in the amount of $ 17,822.59 for plaintiffs Natl Football League, NBA Properties, Inc. . cc (ln) (Entered: 05/04/1999) |
| 05/05/1999 | 114 | Report by defendant Lewis Revels in compliance with page 110 of the Court's April 2, 1999 order. (vv) (Entered: 05/05/1999) |
| 05/06/1999 |  | SUBMITTED to Judge Harold L. Murphy on [109-1] motion to amend the findings, [109-2] motion to amend [107-1] judgment, [109-3] motion for new trial, [111-1] oppose/support memo/response (dd) (Entered: 05/06/1999) |
| 05/17/1999 | 115 | Objections by defendant Dahlonega Mint, Inc., defendant Lewis Revels to [112-1] bill of costs (vv) (Entered: 05/17/1999) |
| 05/17/1999 | 116 | Objections by defendant Dahlonega Mint, Inc., defendant Lewis Revels to [113-1] affidavit in support of award of attorneys' fees (vv) (Entered: 05/17/1999) |
| 05/19/1999 | 117 | Reply by defendants Lewis Revels, Dahlonega Mint, Inc. to [111-1] plaintiffs' brief in opposition to dfts' motion to amend. (ln) (Entered: 05/19/1999) |
| 05/20/1999 | 118 | MOTION by defendant Lewis Revels, defendant Dahlonega Mint, Inc. to strike certain portions of [113-1] affidavit with brief in support. (vv) (Entered: 05/20/1999) |
| 05/24/1999 | 119 | Correction by defendant Lewis Revels, defendant Dahlonega Mint, Inc. [109-1] motion to amend the findings, [109-2] motion to amend [107-1] judgment, [109-3] motion for new trial (dd) (Entered: 05/24/1999) |
| 05/25/1999 | 120 | ORDER by Judge Harold L. Murphy, making the attached communication received by the Court, stating Lewis Revels has filed a Chapter 11 Bankruptcy proceeding, a part of the record (cc) (dd) (Entered: 05/25/1999) |

| | | |
|---|---|---|
| 05/28/1999 | | SUBMITTED to Judge Harold L. Murphy on [112-1] bill of costs, [115-1] objection (dd) (Entered: 05/28/1999) |
| 06/01/1999 | 121 | Notice of PLEA OF BANKRUPTCY by defendant Lewis Revels . (dd) (Entered: 06/01/1999) |
| 06/08/1999 | | SUBMITTED to Judge Harold L. Murphy on [118-1] motion to strike certain portions of [113-1] affidavit (dd) (Entered: 06/08/1999) |
| 06/10/1999 | 122 | ORDER by Judge Harold L. Murphy, staying proceedings as to Lewis Revels, Dahlonega Mint, Inc., Natl Football League, NBA Properties, Inc.; that briefing schedule be STAYED in accordance with correspondence from counsel for pla. (that briefs be due within 7 days of a ruling granting to lift the stay) (cc) (ln) (Entered: 06/10/1999) |
| 08/18/1999 | 123 | MOTION by dfts for leave to refile reply brief in opposition to pla's brief in opposition to dfts motion to amend with proposed reply. (bj) (Entered: 08/18/1999) |
| 08/18/1999 | 124 | MOTION by dfts to file a review of plas' atty fee request made by dfts accounting expert (bj) (Entered: 08/18/1999) |
| 08/20/1999 | 125 | Reply brief by plaintiffs in support of their [112-1] bill of costs (bj) (Entered: 08/23/1999) |
| 08/20/1999 | 126 | Response by plaintiffs to dfts' [118-1] motion to strike certain portions of [113-1] declaration of William H. Brewster. (bj) (Entered: 08/23/1999) |
| 08/20/1999 | 127 | Response by plaintiffs to dfts' objections [116-1] & [115-1] for atty fees and other costs. (bj) (Entered: 08/23/1999) |
| 09/09/1999 | | SUBMITTED to Judge Harold L. Murphy on [123-1] motion for leave to refile reply brief (dd) (Entered: 09/09/1999) |
| 09/09/1999 | | SUBMITTED to Judge Harold L. Murphy on [124-1] motion to file a review of plas' atty fee request made by dfts accounting expert (dd) (Entered: 09/09/1999) |
| 10/12/1999 | 128 | MOTION by defendant Dahlonega Mint, Inc. for protective order with brief in support. (dd) (Entered: 10/12/1999) |
| 10/13/1999 | 130 | Review of Attorney Fees by defendant Lewis Revels, defendant Dahlonega Mint, Inc. (dd) (Entered: 10/14/1999) |
| 10/14/1999 | 129 | ORDER by Judge Harold L. Murphy GRANTING [124-1] motion to file a review of plas' atty fee request made by dfts accounting expert and DIRECTS the Clerk to file the proposed Review attached to Defendant's motion; GRANTING [123-1] motion for leave to refile reply brief and DIRECTS the Clerk to file the propsed Revised Reply Brief attached to Defendant's motion; GRANTING [118-1] motion to strike certain portions of [113-1] affidavit; and GRANTING Plaintiff's request for leave to file a Declaration for Post-Judgment Attorney's fees within 15 days from the date of this Order 127 (cc) (dd) (Entered: 10/14/1999) |
| 10/14/1999 | 131 | Reply Brief by defendant Lewis Revels, defendant Dahlonega Mint, Inc. [119-1] in opposition to Defendants' motion to amend. (dd) (Entered: 10/14/1999) |
| 10/27/1999 | 132 | Brief by plaintiff Natl Football League, plaintiff NBA Properties, Inc. in opposition to [128-1] motion for protective order (dd) (Entered: 10/27/1999) |

| | | |
|---|---|---|
| 10/29/1999 | 133 | MOTION by plaintiff Natl Football League, plaintiff NBA Properties, Inc. to extend time for filing declaration in support of post-judgment attorneys' fees with brief in support. (dd) (Entered: 10/29/1999) |
| 10/29/1999 | | SUBMITTED to Judge Harold L. Murphy on [128-1] motion for protective order, [132-1] oppose/support memo/response (dd) (Entered: 10/29/1999) |
| 10/29/1999 | 134 | ORDER by Judge Harold L. Murphy GRANTING [133-1] motion to extend time for filing declaration in support of post-judgment attorneys' fees (cc) (dd) (Entered: 10/29/1999) |
| 11/01/1999 | 135 | 2nd Declaration of William H. Brewster in support of award of plaintiffs' attys fees and costs. (bj) (Entered: 11/02/1999) |
| 11/18/1999 | 136 | Response by defendant Lewis Revels, defendant Dahlonega Mint, Inc. in opposition to [135-1] affidavit (dd) (Entered: 11/18/1999) |
| 12/09/1999 | 137 | ORDER by Judge Harold L. Murphy DENYING dfts' [109-1] motion to amend the findings and/or for new trial (cc) (bj) (Entered: 12/09/1999) |
| 12/09/1999 | 138 | ORDER by Judge Harold L. Murphy DENYING dfts' [128-1] motion for protective order (cc) (bj) (Entered: 12/09/1999) |
| 01/07/2000 | 139 | AGREED ORDER by Judge Harold L. Murphy extending time for post-jgm discovery that dft shall have until 1/7/00 to provide partial responses to interrogatories & have until 1/31/00 to respond to post-jgm discovery; dfts are hereby restrained from disposing of any assets other than ordinary course of business w/out written approval of plas or w/out prior order of Ct. (cc) (bj) (Entered: 01/10/2000) |
| 01/10/2000 | 140 | NOTICE OF APPEAL by dfts from [105-1] judgment FILING FEE $ 105.00 RECEIPT #245399. Appeal information sheet due 1/24/00 (bj) (Entered: 01/10/2000) |
| 01/11/2000 | | Notice of appeal and certified copy of docket, jgm & orders to USCA RE: [140-1] appeal (bj) (Entered: 01/11/2000) |
| 01/14/2000 | 141 | Acknowledgment by USCA RE: [140-1] appeal USCA dkt no. 00-10160-B (vv) (Entered: 01/19/2000) |
| 01/28/2000 | 142 | Response by plaintiff Natl Football League, plaintiff NBA Properties, Inc. [140-1] appeal (dd) (Entered: 01/28/2000) |
| 02/07/2000 | 143 | ORDER by Judge Harold L. Murphy, directing the Clerk to vacate the May 4, 1999, taxation of costs against Defendants and tax Defendants in the amount of $16,917.18. The Court sustains in part and overrules in part Defendants' opposition to Plaintiffs' Bill of Costs (cc) (dd) (Entered: 02/07/2000) |
| 02/25/2000 | | CERTIFICATE OF READINESS of appeal record with certified copy of docket mailed to USCA RE: [140-1] appeal USCA # 00-10160-B (vv) (Entered: 02/25/2000) |
| 03/03/2000 | 144 | ORDER by Judge Harold L. Murphy GRANTS IN PART AND DENIES IN PART plas' declaration in support of atty fees [113-1] & [135-1] 2nd declaration in support of atty fees; plas' are awarded $660,412.00 in atty fees & denies the portion of plas' fee application relating to expert witness fees and "other costs". (cc) (bj) (Entered: 03/03/2000) |

| Date | # | Description |
|---|---|---|
| 04/03/2000 | 145 | NOTICE OF APPEAL by dfts Lewis Revels & Dahlonega Mint, Inc. from [144-1] order FILING FEE $ 105.00 RECEIPT #245548. Appeal information sheet due 4/17/00 (bj) (Entered: 04/03/2000) |
| 04/03/2000 | | Notice of appeal and certified copy of order & docket to USCA RE: [145-1] appeal (bj) (Entered: 04/03/2000) |
| 04/10/2000 | 146 | Acknowledgment by USCA RE: [145-1] appeal USCA dkt no. 00-11683-B (bj) (Entered: 04/10/2000) |
| 06/02/2000 | 147 | JUDGMENT ENTERED for plaintiffs for award of atty fees in amt of $660,412.00. cc (bj) (Entered: 06/02/2000) |
| 06/08/2000 | | Supplemental record RE: [145-1] appeal transmitted to USCA. USCA dkt no. 00-10160-B (smj) (Entered: 06/08/2000) |
| 06/08/2000 | | Certified and transmitted record to USCA RE: [140-1] appeal USCA dkt no. 00-10160-B (smj) (Entered: 06/08/2000) |
| 02/27/2001 | 148 | Certified copy of JUDGMENT of USCA AFFIRMING the judgment of the District Court RE: [140-1] appeal, RE: [145-1] appeal; USCA #00-10160-BB & 00-11683-B.(consolidated) (bj) (Entered: 02/27/2001) |
| 04/30/2001 | | Letter mailed to counsel for parties for pick up of exhibits from non-jury trial & appeal purposes. (30 days) (bj) (Entered: 04/30/2001) |
| 05/22/2001 | | Pla's exhibits returned to pla's counsel. (bj) (Entered: 05/22/2001) |
| 05/17/2002 | 149 | ORDER by Judge Harold L. Murphy making the attached communication a part of the record (letter from Lewis Revels) (cc c/to Lewis Revel) (pag) (Entered: 05/17/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/31/2010 13:30:08 | | | |
| PACER Login: | pr0028 | Client Code: | 48537/003/7165 |
| Description: | Docket Report | Search Criteria: | 4:97-cv-00208-HLM |
| Billable Pages: | 11 | Cost: | 0.88 |