## 2009 Authorized Series 1    2010 Unauthorized Series 1









## 2009 Authorized Series 1





## 2010 Unauthorized Series 1





## 2009 Authorized Series 1      2010 Unauthorized Series 1







## 2009 Authorized Series 1    ## 2010 Unauthorized Series 1






## 2009 Authorized Series 1  2010 Unauthorized Series 1

 

 

