# 2009 Authorized Series 1

# 2010 Unauthorized Series 1















### 119 WILLY TAVERAS

In only 97 games of action during 2007, Taveras quickly garnered attention. He paced the NL with 37 bunt hits and 54 infield hits, helping the Rockies reach the Fall Classic.





### 109 RYAN GARKO

The Indians had plenty to be happy about in 2007, and Garko played a big role in their year. The first baseman logged a career-high 21 HRs to help Cleveland reach the postseason.









Collect Historic Trading Cards
Celebrating 20 Years of
Upper Deck and World History!

2009

UPPER
D·E·C·K™

Series 1
BASEBALL

PLAY, COMPETE, AND COLLECT AT:
UPPER DECK U .COM

2009 Authorized Series 1



20 Cards per Pack
16 Packs per Box

HOBBY

UPPER
D·E·C·K
™

2010 Series 1 BASEBALL

Two Memorabilia Cards
and One Autograph Card
in every box!

NOT authorized by Major League Baseball or its Member Teams

2010 Unauthorized Series 1





# 2009 Authorized Series 1



# 2010 Unauthorized Series 1

