UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE UPPER DECK COMPANY, LLC, <br><br> Defendant. | No. 10-CV-0732 (RWS) <br><br> ECF Case |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendant The Upper Deck Company, LLC in the above-captioned matter. I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: February 2, 2010
      New York, New York

                                              Respectfully submitted,
                                              *The Upper Deck Company, LLC*
                                              *By their attorneys,*

                                              /s/ Robert Raskopf
                                              Robert Raskopf
                                              *robertraskopf@quinnemanuel.com*
                                              QUINN EMANUEL URQUHART
                                                 OLIVER & HEDGES, LLP
                                              51 Madison Avenue, 22nd Floor
                                              New York, New York 10010
                                              Tel: (212) 849-7000
                                              Fax: (212) 849-7100