UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE UPPER DECK COMPANY, LLC, <br><br> Defendant. | No. 10-CV-0732 (RWS) <br><br> ECF Case |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendant The Upper Deck Company, LLC in the above-captioned matter. I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: February 2, 2010
       New York, New York

 

Respectfully submitted,
*The Upper Deck Company, LLC*
*By their attorneys,*

/s/ Todd Anten
Todd Anten
*toddanten@quinnemanuel.com*
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100