# EXHIBIT A









**20** — HANLEY RAMIREZ — SS — FLORIDA — 2

Not only one of the fastest players in the game, Ramirez has also tallied the highest slugging percentage among all ML shortstops each of the last two seasons.

| YR | TEAM | AVG | G | AB | R | H | 2B | 3B | HR | RBI | SB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | BOSTON | .000 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 06 | FLORIDA | .292 | 158 | 633 | 119 | 185 | 46 | 11 | 17 | 59 | 51 |
| 07 | FLORIDA | .332 | 154 | 639 | 125 | 212 | 48 | 6 | 29 | 81 | 51 |
| 08 | FLORIDA | .301 | 153 | 589 | 125 | 177 | 34 | 4 | 33 | 67 | 35 |
| 4-YR TOTALS | | .308 | 467 | 1863 | 369 | 574 | 128 | 21 | 79 | 207 | 137 |

2009 ULTIMATE COLLECTION BASEBALL

**84** — RYAN PERRY — P — DETROIT — 45

A shortstop when he started school at the University of Arizona, Perry soon developed into a lights-out, 100-mph relief pitcher before being drafted by Detroit in the first round in 2008. He didn't allow a hit or a run in his first four appearances for the Tigers in '09.

| YR | TEAM | W | L | ERA | G | GS | SV | IP | H | BB | K |
|---|---|---|---|---|---|---|---|---|---|---|---|

— NO MLB EXPERIENCE —

2009 ULTIMATE COLLECTION BASEBALL