# EXHIBIT B





# Signature Stars
## 2009 BASEBALL

Odds of finding autograph or memorabilia cards 1:5

This box contains an assortment of UD Signature Stars trading cards. NO PURCHASE NECESSARY: For a chance to obtain an insert card, while supplies last go to npn.upperdeck.com and provide, where requested, your name, e-mail address, complete address with zip code (No P.O. Box), and day/evening telephone. Please note, we will no longer accept mail in requests. In order to receive your free insert card, you must register online at the website posted above and provide the requisite information. If you are under the age of 13, you must obtain your parent or legal guardian's permission by also having your parent or legal guardian fill out the form located at npn.upperdeck.com. Limit one (1) entry per household. Failure to comply will result in disqualification of entries. Only those awarded an insert card will be notified. Packs may contain time sensitive Hobby Exchange cards, see www.UDHobbyExchange.com for terms. Expired cards will not be accepted.

©2009 UDC, Inc. 5909 Sea Otter Place, Carlsbad, Ca 92010. All rights reserved. Printed in the USA. ©MLBPA. Official Licensee of Major League Baseball Players Association. Visit your favorite players at www.MLBPLAYERS.com

**NOT** authorized by Major League Baseball or its Member Teams




KA122109    0 53334 74640 3




| 51 | **JASON BAY**<br>Boston | | 93 | **TAKASHI SAITO**<br>Boston |
|---|---|---|---|---|

Outfield - 44
Bats: R Throws: R Ht: 6'2" Wt: 205 lbs.
Born: 9/20/78
Trail, BC

Bay provided plenty of pop in the middle of Boston's lineup in 2009. The outfielder went deep in three successive victories over Detroit starting on 8/10, and then he slammed his 25th homer of the year against Texas three games later (8/15).

| YR TEAM | AVG | G | AB | R | H | 2B | 3B | HR | RBI | SB |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 PITTSBURGH | .282 | 120 | 411 | 61 | 116 | 24 | 4 | 26 | 82 | 4 |
| 05 PITTSBURGH | .306 | 162 | 599 | 110 | 183 | 44 | 6 | 32 | 101 | 21 |
| 06 PITTSBURGH | .286 | 159 | 570 | 101 | 163 | 29 | 3 | 35 | 109 | 11 |
| 07 PITTSBURGH | .247 | 145 | 538 | 78 | 133 | 25 | 2 | 21 | 84 | 4 |
| 08 PIT/BOS | .286 | 155 | 577 | 111 | 165 | 35 | 4 | 31 | 101 | 10 |
| 6-YR TOTALS | .282 | 771 | 2762 | 476 | 785 | 164 | 20 | 149 | 491 | 53 |

Pitcher - 24
Bats: R Throws: R Ht: 6'2" Wt: 215 lbs.
Born: 2/14/70
Miyagi, Japan

A lights-out closer for Los Angeles for the first three years of his career, Saito continued his trend of late-game dominance as a set-up man in his first season with Boston in 2009. He allowed just a .191 opponents' batting average in 20 games from 5/2-6/28.

| YR TEAM | W | L | ERA | G | GS | SV | IP | H | BB | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 LOS ANGELES | 6 | 2 | 2.07 | 72 | 0 | 24 | 78.1 | 48 | 23 | 107 |
| 07 LOS ANGELES | 2 | 1 | 1.40 | 63 | 0 | 39 | 64.1 | 33 | 13 | 78 |
| 08 LOS ANGELES | 4 | 4 | 2.49 | 45 | 0 | 18 | 47.0 | 40 | 16 | 60 |
| 3-YR TOTALS | 12 | 7 | 1.95 | 180 | 0 | 81 | 189.2 | 121 | 52 | 245 |

2009 Upper Deck Baseball Signature Stars
©2009 UDC, Inc. 5909 Sea Otter Place, Carlsbad, CA 92010. All rights reserved. Printed in the USA. ®MLBPA. Official Licensee of Major League Baseball Players Association. Visit your favorite players at www.MLBPLAYERS.com.
NOT authorized by Major League Baseball or its Member Teams

2009 Upper Deck Baseball Signature Stars
©2009 UDC, Inc. 5909 Sea Otter Place, Carlsbad, CA 92010. All rights reserved. Printed in the USA. ®MLBPA. Official Licensee of Major League Baseball Players Association. Visit your favorite players at www.MLBPLAYERS.com.
NOT authorized by Major League Baseball or its Member Teams