# EXHIBIT C

**20 Cards per Pack**
**16 Packs per Box**

HOBBY

# UPPER DECK ™

## 2010 Series 1 BASEBALL

**Two Memorabilia Cards and One Autograph Card in every box!**



NOT authorized by Major League Baseball or its Member Teams



# 2010 Series 1 BASEBALL

**Look for 20TH ANNIVERSARY BASEBALL HEROES SIGNED ART CARDS from TEN of TODAY'S GREATEST BASEBALL STARS!**



Find Baseball Heroes Signed Art Cards of Evan Longoria, Ken Griffey Jr., Jon Lester, Cole Hamels, Jonathan Papelbon and Derek Jeter!

Odds of finding insert cards: Game Used Memorabilia Cards 1:8 and Autographed Cards 1:18.

This box contains an assortment of Upper Deck Series 1 Baseball trading cards. NO PURCHASE NECESSARY: For a chance to obtain an insert card, while supplies last go to npn.upperdeck.com and provide, where requested, your name, e-mail address, complete address with zip code (No P.O. Box), and day/evening telephone. Please note, we will no longer accept mail in requests. In order to receive your free insert card, you must register online at the website posted above and provide the requisite information. If you are under the age of 13, you must obtain your parent or legal guardian's permission by also having your parent or legal guardian fill out the form located at npn.upperdeck.com. Limit one (1) entry per household. Failure to comply will result in disqualification of entries. Only those awarded an insert card will be notified. Packs may contain time sensitive Hobby Exchange cards, see www.UDHobbyExchange.com for terms. Expired cards will not be accepted.

© 2010 UDC, Inc. 5909 Sea Otter Place, Carlsbad, CA 92010. All rights reserved. Printed in the USA. ©MLBPA. Official Licensee of Major League Baseball Players Association. Visit your favorite players at www.MLBPLAYERSPA.com..

**NOT** authorized by Major League Baseball or its Member Teams   KA120709




0 53334 73330 4




