# EXHIBIT A

# New Card Smell

- search

rss 

- Home
- Box Break Review
  - MLB
  - NASCAR
  - NCAA Football
  - NFL
- Intro
- Jeff's PC Quest
- Random Thoughts
- Sports and Collecting Oddities
- Upcoming Releases
  - January

## 2009 Upper Deck Ultimate Collection Baseball Break/Review

by Jeff on Jan.28, 2010, under Box Break Review, MLB

So I got caught up in the frenzy of seeing these boxes broken on forums and YouTube and decided to take a shot at one. I ordered my box from Atlanta Sports Cards, which currently has them listed for 94.99$, I ordered mine a bit early in the frenzy and paid 82.00$



The fine print;

**NOT authorized by Major League Baseball or its Member Teams**

On to the cards! The base look very well done, even if they are a knock off of the last Ultimate Basketball release. The gold foiled areas are recessed within the card and look great in person. Each regular base card is numbered out of 599, and you receive three per pack/box.





My third base was a rookie card which features Upper Deck's own rookie logo.



Now the hit. While I'm not a fan of his simply because he plays on the most evil franchise in the history of sports (Just kidding don't hate me!) this is a pretty cool looking card. Chien Mind Wang jumbo patch!



It is numbered out of 35 in case the scan is hard to see. Not the most overwhelming hit by any means out of this product, but it isn't terrible either. Comparative to the last releases of Ultimate Baseball this is a huge step up in the average pack/box quality. But is it worth a 95$ price tag? Probably not. While the frenzy will go on for a few weeks and prices will stay high I'd have to suggest hunting singles down instead of busting on your own.

If you are of the mindset that I was when I ordered, where you want to just open something and nearly guarantee you will get a nice quality hit, then this is worth checking out. Overall I'm impressed with Upper Deck's quality on this one and can't wait to see what else they produce this year.

2009 ultimate collection baseball break, review

6 comments for this entry:



1.

*jared*
January 28th, 2010 on 4:48 pm

Just watched your video. Nice hit for the 82$ price tag. I expect the prices to remain high for a while though. I have watched a ton of boxes on youtube and I am very impressed with this product. Great job Upper Deck!



2.

*Sooz*
January 28th, 2010 on 6:15 pm

Though I'm a Yankees fan, I don't care for Wang. However, it's a very nice card.



# Sports Collectors Daily

search...  [Go]

Sports Collectors Home ▸ Read 4,000+ More Stories ▸ Latest Sports Collecting News ▸ Upper Deck Using Logos; MLB Not Pleased

Sports Collectors Home
Read 4,000+ More Stories
Contact Info
Advertising Info

What's Hot on eBay
eBay Items With Most Bids



## Upper Deck Using Logos; MLB Not Pleased

**Share This Story**  

Friday, 29 January 2010

 

*Upper Deck lost its Major League Baseball trading card license, but apparently not its nerve. Their first two baseball issues of the new year have the lawyers on speed dial.*




Shop for sports cards
by year
1880s-present

Baseball

Football

Basketball

Hockey

Upper Deck released two baseball card products this week, both of which include clearly visible team logos on a number of player photos in the set.

Ultimate Collection and Signature Stars began hitting store shelves and online outlets late this week, labeled as 2009 products and containing

## Sponsored Links

JB Sports Auctions
Football Cards
Game Used Jerseys
EveryAthleteAutographEvent
Cheap Sports Cards
Autographs
Sports Cards
T206 For Sale
1952 Topps Baseball
Basketball Autographs
Baseball Card Grading
Shop Baseball Cards
Heritage Auctions: Consign
Baseball Cards

Collecting Resources
About Us/Media Inquiries



HDTV Store

Find Top LCD, LED,
& Plasma Brands,
Buying Guides,
Consumer Reviews,
and More

▸ Shop Amazon.com/hdtv



amazon.com



disclaimers that the products were not associated with Major League Baseball. However, Upper Deck would appear to disagree with those who believe Topps is the only company allowed to use team logos.

The appearances of the cards in the two Upper Deck products did not sit well with Major League Baseball Properties, which maintains that the exclusive license it granted Topps last year means no other company can utilize MLB trademarks. After seeing images of the Upper Deck cards, MLBP made its feelings known.

"We are surprised and disappointed that Upper Deck, a former partner of ours, would violate our contract by clearly using our intellectual property without our permission," said MLB Properties' Matt Bourne in a written statement to Sports Collectors Daily.

Upper Deck does have a licensing agreement with the Major League Baseball Players Association, which grants it the right to utilize player images. The MLBPA does not control the teams' logos, color schemes or other trademarks associated with the clubs themselves.



Bourne indicated that MLB would seek legal action against Upper Deck, in much the same manner as it did against Donruss over that company's Elite Extra product last year. That case was settled before going to trial.

"We will vigorously use all legal means to protect the intellectual property of Major League Baseball and its member Clubs," Bourne stated.



Signature Stars

Ultimate Collection





FREE
22kt gold
Yankees Card

Just pay $1.90 S/H!



ORDER NOW
Pay Only $1.90 S/H!

Celebrate the Yankees'
championship win with
your FREE limited
edition 22kt gold card!
Just pay $1.90 S/H!

www.DanburyMint.com
Ads by Google

Sports Card Forum
Trader Retreat
Card Informant

cards baseball

auction collectors memorabilia topps
sports super upper football rookie issue cards



Home    RSS Posts    RSS Comments    Al

### site news

Topps finally responds to the stadium relic seats in Topps Tribute. Topps did actually use stadium seats and will replace any card that collectors are not happy with. Check out the link here.

Vote in Freedom Card Boards 2nd Annual Sports Cards Awards (**link**)

### want lists

**Sooz**

-Kouzmanoff want list

-Jeter cards Sooz owns (Beckett list)

**Marie**

- Want list with Pujols, Cano, Lind and all her favorites.

- Marie's Yankee Stadium Legacy collection (Beckett list)

Ge
Pa
bal
Ge
If
pri
tic
Re
An

**20,**
## JAN
**2010**

## I want a lawyer

posted by sooz at wednesday, january 20, 2010 labels: upper deck



There have been so many questions surrounding the fact that Upper Deck has yet to release images for any of its 2010 baseball products.

Lately, the popular theory is UD is not airbrushing out MLB logos and will go forward with the products.

I collect baseball cards and write about people playing sports for a living. I have no clue about logos and copyrights and licenses.

FOI

l
L
W
Fe

Al

So, I want a lawyer - or someone who knows more than I do - to explain what will happen if Upper Deck releases its 2010 cards with MLB logos without a license. Fines? Suspensions? Lawsuits?

If MLB does sue Upper Deck - and these days, who isn't? - how can Upper Deck continue to operate as a business when a good chunk of its cash flow is being used in litigation.

Educate me, please.



**10 comments:**

| Random Leather said... | Wednesday, 20 January, 2010 |
|---|---|

This will come down to an injunction. UD will claim fair use as mlb jerseys are work uniforms. Work uniforms are traditionally covered under fair use.

Topps will say no, that damages our brand and our contracts and attempt to file an injunction to stop UD from printing.

A judge will either grant or decline the injunction, and that will determine wether 2010 UD sees the light of day.

This battle could take quite a while to finish.

| stusigpi said... | Wednesday, 20 January, 2010 |
|---|---|

Indeed MR. Leather, indeed, although it would be Topps and MLB that does the injuncting (not a real legal term)

UD cannot get around the use of logos though. If they use, they lose.

see: http://iamjoecollector.blogspot.com/2009/01/donruss-being-sued-by-mlb-and-my-take.html

http://iamjoecollector.blogspot.com/2009/01/more-thoughts-on-donruss-being-sued-by.html

---

| Paul said... | Wednesday, 20 January, 2010 |
|---|---|

What would happen if UD prints and distributes quickly? If the cards are already out to the masses, they are not coming back. Topps can ask for the injunction at that point, but the train would have already left the station, so to speak.

I kind of hope it happens this way, I am dreading a "mainstream" set with logos.

---

| Paul said... | Wednesday, 20 January, 2010 |
|---|---|

That should have been without logos.

---

| Chris said... | Wednesday, 20 January, 2010 |
|---|---|

I think Upper Deck is planning on letting these cards out to the general public and that they will be with logos. They will have to recall their products shortly after Topps files the lawsuit. Thereby leading to one of the shortest run, and possibly one of the most coveted sets of all-time. Just my theory.

---

| Paul said... | Wednesday, 20 January, 2010 |
|---|---|

Chris,
My thoughts exactly.

I don't usually buy product right away, usually wait a year for the price to drop. But if what you and I are both thinking is correct, I'm going to buy everything in sight.

---

| Covered in Wrappers said... | Wednesday, 20 January, 2010 |
|---|---|

I may actually do the same thing. I plan on picking up a bunch of UD, probably not opening more than a few packs and just waiting.

**Offy said...**                                                    Wednesday, 20 January, 2010

I think that Upper Deck sees the writing on the wall in regards to the whole Konami lawsuit. They're not coming back after paying off the damages from that with only licensed football and hockey cards to sell. They're going to go out with one last bang with this baseball set and figure that Topps won't be able to get any money out of a company bankrupt three times over by that point. It could even be worse, imagine if they're the company mentioned in the Beckett rumor mill to have owed the IRS over $100M.

**stusigpi said...**                                                Wednesday, 20 January, 2010

Willful infringement equals triple damages in the copyright law suit. MLB would end up owning Upper Deck if they released with logos.

**The Mojo Hand said...**                                          Thursday, 21 January, 2010

Upper Deck

Would lose millions of dollars+ will never produce another licensed product again.

Thats pretty much it.

Post a Comment

**Cheated By Your Broker?**
Experienced securities arbitration and commercial litigation lawyer

**Personal Injury Lawyer**
Hundreds of Millions In Settlements Free Case Review. Call 800-LAW-INFO
Ads by Google

Older Post                                                          Newer Post

sitemeter

Next Blog»

Create Blog   Sign In



**STALEGUM.COM**
est. 1998

TUESDAY, FEBRUARY 02, 2010

# UPDATED: First Images: 2010 Upper Deck.

UPDATED: Trader Crack's has discovered what the base cards and the "Celebrity Predictors" insert look like.

Paper Chase posted pics of inserts and gamers.



Yeah, I ripped them off of eBay. Sue me.

CHECK OUT.



CHRIS HAS

$498.87 on b
2010
$4553.95 on
2009

SEND ME YO

Tips, suggesti
and article su

TIPS APPRE



MY WANTLIS

Rules of Enga
2009 2008 2C
2004 2003 2C
1999 1998 1S
1994 1993 1S

OBLIGATOR'

Ben Henry's E
A Cardboard F
A Pack A Day
Auto-Matic for
Bad Wax
The Beckett E
Cardboard Jui



John's Old Sch
Sports Cards
Squeezeplay (
Stats on the E
Ted Taylor
Thorzul Will R
Voice of the C

CARD NEWS
REFERENCE

Beckett Baset
The Brill Repo
Fielder's Choi
The SCD Stan
Sports Card Ir
Sports Collect
Tuff Stuff
Wax Heaven (

COLLECTOR

88 Topps Carc
Cincy Reds Ca
The Great 196
Jeff's Basebal
Mark Grace M
Orioles Card C
Rickey Hende
Thrill 22
Trade me a B
Tulo Trader
Twins Cards
White Sox Ca

FRIENDS OF

All-Stars Colle





donwest.org
Dr. Wax Battl
On the Road
Resist...
Tastes Like Di

FEEDS

XML

Google Read

MY YAHOO!

Bloglines

newsgator

MY MSN

Subscribe in

 Technorati

Ummm, what

GET E-MAIL

Email:
Subscribe

PREVIOUS P

2010 Topps S
So, did I miss
    was gone?
Lap Top retur
Topps Gimmic
Card-Ola: 20(
    Sterling
Card-Ola: 20(
2010 Topps G
National Chicl
    Contest: W
    winnah!...
Guess what c
    2010 Bowr



I still haven't found any of the regular ol' base cards. But I'm sure they'll be popping up soon.

Labels: 2010, Upper Deck

POSTED BY CHRIS HARRIS AT 2/02/2010 12:05:00 PM

| Collection Agency Rates | Baseball Hobby Boxes Here |
|---|---|
| Compare Business Collection Firms Free Quotes – Save Time & Money | Pull Rare Short Prints & 1-of-1's! From Upper Deck, Topps, Bowman, etc |

5 COMMENTS:

deal said...

The box top and the Hamels card look pretty clean.

The NY logo on the Jeter Action photo is pretty obvious the Hamels one not so much.

FEBRUARY 02, 2010 7:17 AM

NicoLax24 said...

Wow are the Hamels and the Jeter made to look like paintings? If so, I'm diggin it!

FEBRUARY 02, 2010 8:24 AM

handcollated said...

National Chicl Finalists

ARCHIVES

February 201(
January 2010
December 20(
November 20(
October 2009
September 2(
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009
February 200!
January 2009
December 20(
November 20(
October 2008
September 2(
August 2008
July 2008
June 2008
May 2008
April 2008
March 2008
February 200i
January 2008
December 20i
November 20(
October 2007
September 2(
August 2007
July 2007
June 2007

Still no checklist on the Upper Deck website, though. It is an interesting way to drum up interest in the cards, I'd say.

FEBRUARY 02, 2010 1:47 PM

dayf said...

I'm diggin' it. Die Cuts, man! Wit' FLAMES!

MLB can blow their Communist monopoly out thier ass, this stuff looks good.

FEBRUARY 02, 2010 1:58 PM

fieldlevelview said...

Chris:

There's some on FCB, and I pointed to them on Field Level View

FEBRUARY 02, 2010 2:01 PM

POST A COMMENT

LINKS TO THIS POST:

CREATE A LINK

<< Home

May 2007
April 2007
March 2007
February 200
January 2007
December 200
November 200
October 2006
September 20
August 2006
July 2006
June 2006
May 2006
May 2004
April 2004
February 200
May 2001

Powered by B
& Blogger Ter



 
SAVE 72%
Plus, get a FREE Price Guide!

Forums Register Login My Profile Inbox Address Book My Subscription My Forums

Photo Gallery Member List Search Calendars FAQ Ticket List Log Out

# Upper Deck Licensing controversy

Logged in as: Guest

View related threads: (in this forum | in all forums)

Users viewing this topic: none

🖨 Printable Version

All Forums >> [Tuff Stuff Forum] >> Baseball >> Upper Deck Licensing controversy

Page: [1]

| Login | Message | << Older Topic   Newer Topic >> |
|---|---|---|

🗐 Upper Deck Licensing controversy - 1/29/2010 3:41:17 PM

**Joe Clemens**
Administrator
✕ ✕ ✕ ✕
Administrator

Posts: 1582
Joined: 6/7/2008
From: Wisconsin
Status: offline

First, just to make sure everyone knows what's going on.

Topps is the only manufacturer licensed by MLB and the Players Association.

Upper Deck is licensed by the Players Association but NOT MLB.

We just busted a box of Upper Deck Signature Stars Baseball. My first impression was that it looked like a licensed product.

The team logos appeared on caps, sleeves and helmets like any other licensed product. There are no frontal shots with the complete team logo/name shown on player's jersey and no attempts at air brushing any logos. Also, they only list the city and not the team nickname. For example, Alex Gordon is listed Kansas City/3B with no mention of "Royals".

Plus, on the box, packs and back of every card it states "NOT authorized by Major League Baseball or its Member Teams"

This is an interesting development and a hot topic of conversation in the office. Not sure if Upper Deck's lawyers have found a loophole but a court battle is inevitable.

Here's MLB's response to Upper Deck's most recent baseball products --

"We are surprised and disappointed that Upper Deck, a former partner of ours, would violate our contract by clearly using our intellectual property without our permission," said the statement issued by Matt Bourne MLB's Vice President of Business Public Relations.

Feel free to share your thoughts, comments etc....



∅Attachment (1)

< Message edited by Joe Clemens -- 1/29/2010 3:57:24 PM >

Regards, Joe

⚅⚄Email ⚅PM ⚅Add: 📌Block

Post #: 1 ⇑

🗐 RE: Upper Deck Licensing controversy - 1/29/2010 4:07:49 PM


Be in our next TV commercial.
Enter to win

• Upload your video
• Win prizes
ShiningExampleNY.com
Powered by:
NYSORA

**jarends**
Super Member
✕✕✕✕✕

Posts: 195
Joined: 4/13/2009
Status: offline

I find it interesting that the first comment was made by MLB instead of Topps. This might make it easier for Topps to fight UD in court. I remember all the issues from Classic and other companies that airbrushed the logos and stuff out. I don't see how UD can win but what exactly will they win?
Remeber the USFL won against the NFL but all they got was $1.
I like Topps better than UD- mainly because of the history. UD is just pushing the envelope to see what they can get away with.

_____

Peace,
--Jeff

Collecting: all HOF autos, game used, and RC's. Esp. NBA's Top 50. Go Yankees, Celtics, and Cowboys!!

(in reply to Joe Clemens)

Post #: 2 ⇧

🔲 RE: Upper Deck Licensing controversy - 1/29/2010 4:48:34 PM

**eaglephan12**
Super Member
✕✕✕✕✕

Posts: 1172
Joined: 10/16/2008
From: Lowell, MA
Status: offline

I'd be interested to know how UD is identifying the team if there are 2 in the same city such as Chicago or New York. Normally Chicago (A) or Chicago (N) or some variant would be used in newspapers and such but doesn't the league own the "A" and the "N". I would think you couldn't just list David Wright as "New York" in the same way you'd list Derek Jeter as "New York".

(in reply to jarends)

📧Email 💬PM 📇Add. 🚫Block

Post #: 3 ⇧

🔲 RE: Upper Deck Licensing controversy - 1/29/2010 5:09:19 PM

**Joe Clemens**
Administrator
✕✕✕✕✕
Administrator

Posts: 1582
Joined: 8/7/2008
From: Wisconsin
Status: offline

The New York and Chicago base cards don't differentiate between American League and National League.

For example Mark Teixeira has New York/1B

_____

Regards, Joe

(in reply to eaglephan12)

📧Email 💬PM 📇Add. 🚫Block

Post #: 4 ⇧

🔲 RE: Upper Deck Licensing controversy - 1/29/2010 7:19:43 PM

**cubbies4ever**
Junior Member
✕✕✕

Posts: 37
Joined: 11/6/2009
Status: offline

i usually buy a couple boxes of Upper Deck and Topps each year and put together a set of each series 1 and 2. This really doesn't change anything for me if UD still has high quality action shots etc.... i'll still buy both series this year......maybe they will be cheaper.....

(in reply to Joe Clemens)

📧Email 💬PM 📇Add. 🚫Block

Post #: 5 ⇧

Page:  [1]

All Forums >> [Tuff Stuff Forum] >> Baseball >> Upper Deck Licensing controversy

Page: [1]

Jump to:  - - Baseball        [GO]

Search Term        [Search]

🔲 New Messages         🔲 No New Messages

🔲 Hot Topic w/ New Messages   🔲 Hot Topic w/o New Messages

🔲 Locked w/ New Messages   🔲 Locked w/o New Messages

| X | Post New Thread |
| X | Reply to Message |
| X | Post New Poll |
| X | Submit Vote |
| X | Delete My Own Post |
| X | Delete My Own Thread |
| X | Rate Posts |

**Help Us
Help You**   Take Our Quick Survey ➤

Forum Software © ASPPlayground.NET Advanced Edition 2.5.5 Unicode

0.405



Home    RSS Posts    RSS Comments    Al

### site news

Topps finally responds to the stadium relic seats in Topps Tribute. Topps did actually use stadium seats and will replace any card that collectors are not happy with. Check out the link here.
Vote in Freedom Card Boards 2nd Annual Sports Cards Awards (**link**)

### want lists

**Sooz**
-Kouzmanoff want list
-Jeter cards Sooz owns (Beckett list)
**Marie**
- Want list with Pujols, Cano, Lind and all her favorites.
- Marie's Yankee Stadium Legacy collection (Beckett list)

Ge
Pa
ba
**Ge**
If
pri
tic
Re
An

**26,**
**JAN**
**2010**

## As Dropped Third Strike says: They got some brass ones
posted by sooz at tuesday, january 26, 2010 labels: 2010 cards, upper deck

FOI

[
w
Fc

Blowout forums user bluecloud2 has a four-box break of ~~2010~~ 2009 Ultimate on the forum. The pictures are just of the hits, but it is interesting to see the cards.

Link here for the thread.

Now, technically I'm not sure if these are 2010 cards. They were released after the New Year, though, and I thought there was supposed to be a 2009 release (unless there was and I missed it). Some of the terms of licensing agreement are shady. So, if it says 2009, but released after Jan. 1, UD might not have any issues.

Either way, there are photos of a new product.

Al

It's interesting to note there are no team names on the cards, just cities. There are no jersey logos to be seen as a whole. But you can see partial jersey pieces such as the Vlad patch card.

The only discernible logos that can be seen on the card are on the players' helmets.

If this is what we can expect from UD, I actually don't have a product. I don't notice what is missing from the card. These cards are very solid.

We'll see where we go from here.

BOOKMARK

**3 comments:**

| Joe S. said... | Tuesday, 26 January, 2010 |
|---|---|

It'll be fun to watch this fiasco develop. We'll get 2009 cards forever!! Cant wait for 2009 Sweet Spot 2.0

| paulsrandomstuff said... | Tuesday, 26 January, 2010 |
|---|---|

Yuck. Let's see what the 2010 cards look like, and how many products they can get out before the lawyers swoop in.

Tuesday, 26 January, 2010

Dave - Fielder's Choice said...

This is 2009 Ultimate, but released after the new year, so I guess UD's MLB license is gone. On the forum thread, the guy says "It says right on the pack 'not authorized by MLB.'"

Pete is right that UD has balls - they don't do much to block out the logos at all...

Post a Comment



www.DanburyMint.com                                                Ads by Google

Older Post                                                                        Newer Post

sitemeter



What are your cards worth? Click the logo above to visit Beckett.com and find out -- or pick up one of our magazines at your local bookstore or card shop.

## thecontests



Have you heard about Free Stuff Friday? Be here every Friday for the chance to win some sweet sports cards and memorabilia just for answering trivia and card questions. SCROLL DOWN FOR THIS WEEK'S CONTESTS
---

## thecomments

 Andrew Meeusen on Upper Deck responds to Major L...

Upper Deck and Konam... on MLB Properties assures legal a...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

Anonymous on FREE STUFF FRIDAY (1-29) Conte...

**UPPER DECK RESPONDS TO MAJOR LEAGUE BASEBALL PROPERTIES IN LETTER TO DISTRIBUTORS**
January 29, 2010, 9:23 pm
Filed under: Autographs, BSCM, Beckett Baseball, MLB, Memorabilia, Non-sport, Upper Deck | Tags: baseball, baseball cards, Beckett Baseball, Donruss, MLB, MLB Players Association, MLB Properties, Pacific, Topps, Upper Deck



By CHRIS OLDS | Beckett Baseball Editor

While **Upper Deck** declined to comment to Beckett Media regarding its two recently released baseball card sets that feature MLB players in uniforms displaying MLB logos, the Carlsbad, Calif.-based company sent a letter to its distributors on Friday defending its products after **MLB Properties** issued a statement Friday morning that said MLBP will "vigorously use all legal means to protect the intellectual property of Major League Baseball and its member Clubs."

Upper Deck's letter was in response to a letter sent to distributors by MLB Properties on Friday asking them to not sell the sets that are in question — 2009 Ultimate Collection and 2009 Signature Stars as well as the forthcoming 2010 Upper Deck set.

"Although MLBP contends in its letter that Upper Deck may not lawfully use images of professional baseball players in uniform, there is absolutely no law to support this position," said Upper Deck in its letter, which also tells distributors that it has "reached out to MLBP" and offered to meet next week on the subject.

The letter also promises its own legal response: "If we cannot do so, then the issue will be resolved in court."

More after the jump ...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 Anonymous on FREE STUFF FRIDAY (1-29) Conte...

 cory on First look: 2010 Topps Series ...

 Anonymous on Upper Deck's first Brett...

 Kevin on Upper Deck responds to Major L...

2010 Topps Series 2 ... on First look: 2010 Topps Series ...

## theposts

TNA Wrestling: Ric Flair, A.J. Styles ... and a Topps Rip Girl?

Upper Deck responds to Major League Baseball Properties in letter to distributors

Saturday is National Hockey Card Day in Canada

First look: 2010 Topps Series 2 baseball cards

MLB Properties assures legal action in statement on Upper Deck's latest baseball card sets

Box Busters Preview Gallery: 2009 Topps Platinum Football

First Look: 2010 SA^GE HIT Low Series Football

FREE STUFF FRIDAY — You have seven chances to win RIGHT NOW

FREE STUFF FRIDAY (1-29) Contest No. 7 — A 2009 Topps Tribute David Wright autographed dual game-used card (only 99 exist)

FREE STUFF FRIDAY (1-29) Contest No. 6 — A 12-pack lot of 2010 Topps baseball hobby packs

FREE STUFF FRIDAY (1-29) Contest No. 5 — A Knowshon Moreno 2009 Playoff National Treasures Colossal Autograph Jersey card (only 50 exist)

FREE STUFF FRIDAY (1-29) Contest No. 4 — A 12-pack lot of 2010 Topps baseball hobby packs

FREE STUFF FRIDAY (1-29) Contest No. 3 — A 2009 Topps Tribute Dustin Pedroia autographed game-used bat card (only 75 exist)

FREE STUFF FRIDAY (1-29) Contest No. 2 — A 12-pack lot of 2010 Topps baseball cards hobby packs

FREE STUFF FRIDAY (1-29) Contest No. 1 — 2010 Wheels Element Jimmie



The two 2009 products carry statements saying they are not approved by Major League Baseball or its clubs on both the packaging and cards and do not utilize MLB logos as part of the card designs. However, none of the photographs have been altered to remove or obscure trademarks that MLB Properties claims are being used without permission. Upper Deck's baseball card sets are licensed by the MLB Players Association, but not by MLB Properties, as Topps was awarded the exclusive contract beginning this year.

In its letter, Upper Deck said its "products are neither infringing nor unlawful. As you can see from even the most cursory inspection of the cards and packaging, Upper Deck has gone to great lengths to produce high-quality baseball trading cards that are respectful of MLBP's trademark rights."

Upper Deck also cites a U.S. Court of Appeals' dismissal of an injunction from July 1998 that sought to prevent Pacific Trading Cards from distributing cards showing players in uniform. Those cards were approved by the MLBPA but not MLB Properties. Pacific stopped making baseball cards by 2001 and was out of business by 2004.

"Upper Deck urges you not to be dissuaded by MLBP's scare tactics," reads its letter. "MLBP's letters were entirely out of line, and in fact, constitute illegal interference with our valued business relationships.

"If MLBP believes that Upper Deck's products are unlawful and infringing it should seek an order so stating from a court of law. However, MLBP certainly has no right to demand that you stop selling Upper Deck's products."

It's worth noting that Upper Deck's settlement in its long-running lawsuit with Konami was officially filed on Friday in a U.S. District Court over UD's production of more than 600,000 unauthorized Yu-Gi-Oh! trading cards. It's a lawsuit in which Konami sought hundreds of millions of dollars in damages, and a case that included business-damaging accusations from both companies. (Read more about the case and download court documents regarding Konami's claims by clicking here.)

Upper Deck, which was found to have made counterfeit cards, opted to settle the case after the first day of trial and was due to make the with the first multi-million-dollar payment (specifics of the settlement were confidential) on Friday. It's a case in which a New York Post story says has fueled "widespread speculation that this case could severely hurt its financial health. Some believe the company is on the brink of bankruptcy."

On Friday evening, Upper Deck issued a statement on the Konami case, which touted its building of a "a solid foundation on which Yu-Gi-Oh! will benefit for years to come" and that it was "pleased to announce that it has come to a successful resolution."

It did not mention terms of the agreement.

"Though we are delighted that Konami was finally forced to see the light regarding its claims, there is, of course, a bittersweet side to the ending of this dispute," said Richard McWilliam, Upper Deck CEO, in the release. "During the six years we spent building the Yu-Gi-Oh! brand we formed strong ties to the playing community, and, in the end, they are the ones that suffered most because of this lawsuit. Instead of focusing on the merits of the case, Konami focused its efforts on pursuing exaggerated claims and damages which it could not establish in the courtroom."

Konami has not yet issued a statement on the settlement.

We'll have more on this story as it develops.

Johnson Flagship Performers race-used
flag card (Only 20 exist)

# thearchives

**CATEGORIES**
Select Category

Select Month

**SEARCH:**
[          ] GO

**OUR ITEMS BY DAY**
January 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Dec

# theothers

**INDUSTRY BLOG FEEDS**

**SPORTS BIZ WITH DARREN ROVELL**
Brooklyn Team Will Host "Jersey? Sure"
Night January 29, 2010
Carmax Finds Super Bowl Ads At Half
Price January 29, 2010

**PRESS PASS**
Best time of the year?? December 30,
2009
Johnson Seals History with Fourth
Consecutive Title November 25, 2009

**TOPPS OFFICIAL UFC BLOG**
The one card you will not find in Topps
UFC Main Event January 27, 2010
The Main Event January 13, 2010

**UPPER DECK**
Brag Photo of the Week: Jordan Art
January 29, 2010
Player Spotlight: Ilya Kovalchuk January
28, 2010

**CHECKOUTMYCARDS.COM**
100K reasons to expand January 21,
2010
Quarterly stats continue to amaze
January 4, 2010

**BLOWOUT CARDS**
Blowoutcards TOP 20 "HOT LIST"
Updated
SportsCardNation: SCN NEWSLETTER:
WEEK of 01/18-01/22 Releases

---

*Chris Olds is the editor of Beckett Baseball and Beckett Graded Card Investor. Have a
comment, question or idea? Send an e-mail to him at colds@beckett.com.*

Ads by Google
**Baseball Card Pricing**
Bid on Baseball Card Pricing now! Find great deals & huge selection.
www.eBay.com

**Sell Your Baseball Cards**
Buying pre-1975 Baseball Cards Paying Top Dollar for Vintage cards
www.amerlegends.com

**Charm City Cards**
Baseball,Football,Basketball,Hockey Boxes, packs,cases. Weekly Specials
www.CharmCityCards.com

**Trading Card Preservation**
Display, Store and sell your cards top loaders, sleeves, frames, boxes
www.bagsunlimited.com

## 2 COMMENTS

**2 Comments so far**
Leave a comment

> oh please, I didn't see this coming...oh please
> don't sell this stuff.....yeah Ok. Please Upper Deck, go away. Anything
> to sell something huh.
>
> *Comment by Kevin January 29, 2010 @ 9:55 pm*

> I like Upper Deck. In fact, of my favorite sets to collect, Upper Deck 
> Piece of History is top two. I know I would be greatly disappointed if
> Topps (in their infinite "wisdom") monopolized the industry so only they
> could sell baseball cards. Because while Topps has some nice card
> sets (Allen and Ginter, for example), they also have some really bad ones (like
> this new Chicle football stuff, or the Topps 206).
>
> Diversity in the marketplace isn't a bad thing – it helps keep prices down, it
> provides collectors with variety (I collect because I like the various designs of
> the cards, not for how many hits there are per box), and it keeps things
> interesting on a year-to-year basis.
>
> I hope the courts side with Upper Deck.
>
> *Comment by Andrew Meeusen January 30, 2010 @ 10:46 am*

RSS feed for comments on this post. TrackBack URI

**Leave a comment**
Line and paragraph breaks automatic, e-mail address never displayed, HTML allowed:
`<a href="" title=""> <abbr title=""> <acronym title=""> <b>
<blockquote cite=""> <cite> <code> <pre> <del datetime=""> <em>
<i> <q cite=""> <strike> <strong>`

[                    ] Name

[                    ] E-mail (will not be published)

[                    ] Website

Your Comment

[                                                    ]

Say It!





- 76ers Blogs
- Bobcats Blogs
- Bucks Blogs
- Bulls Blogs
- Cavaliers Blogs
- Celtics Blogs
- Clippers Blogs
- Grizzlies Blogs
- Hawks Blogs
- Heat Blogs
- Hornets Blogs
- Jazz Blogs
- Kings Blogs
- Knicks Blogs
- Lakers Blogs

- Magic Blogs
- Mavericks Blogs
- Nets Blogs
- Nuggets Blogs
- Pacers Blogs
- Pistons Blogs
- Raptors Blogs
- Rockets Blogs
- Spurs Blogs
- Suns Blogs
- Thunder Blogs
- Timberwolves Blogs
- Trailblazers Blogs
- Warriors Blogs
- Wizards Blogs

**FOOTBALL** BLOGS

- 49ers Blogs
- Bears Blogs
- Bengals Blogs
- Bills Blogs
- Broncos Blogs
- Browns Blogs
- Buccaneers Blogs
- Cardinals Blogs
- Chargers Blogs
- Chiefs Blogs
- Colts Blogs
- Cowboys Blogs
- Dolphins Blogs
- Eagles Blogs
- Falcons Blogs
- Giants Blogs
- Jaguars Blogs
- Jets Blogs
- Lions Blogs
- Packers Blogs
- Panthers Blogs
- Patriots Blogs
- Raiders Blogs
- Rams Blogs
- Ravens Blogs
- Redskins Blogs
- Saints Blogs
- Seahawks Blogs
- Steelers Blogs
- Texans Blogs
- Titans Blogs
- Vikings Blogs

**HOCKEY** BLOGS

**SPORTS** CARDS

**MMA** BLOGS

**WWE** BLOGS

**SPORTS POST**



Posted January 27th, 2010 by SportsCardsUncensored
Tags: Sports Cards
1%

# I Am Shocked By 2009 Ultimate Collection Baseball - Logos or No Logos

2009 Ultimate Collection Baseball has hit with a vengence, and it is glorious so far. Not every box has been great, but many of them are seemingly packed with goodness. I have seen a few boxes broken, seen the boxes on blowout, and I am continually shocked by what is coming out of them. Jumbo patches with ridiculous swatches, great looking cards with on card signatures, and a seemingly blatant disregard for the logos that Topps paid so dearly for. I love it.

The best cards that have hit eBay are the amazing HOFer jersey and autos, but they arent the only ones that look shocking. There have been just as many cards of current stars that are making collectors salivate, from a product that has actually been pretty uneventful over the last few years.

I have said on a few occasions that Ultimate Collection is the one product, hobby wide, that could greatly benefit from a revamp. It costs a bunch for what you get, the cards arent THAT cool, and there is only one hit per box. Your one hit used to be something like this [×] but now it is something like this [×]

I guess Upper Deck has found some sort of loophole in the licensing because there sure are a lot of things on these cards that shouldnt be there. That means they are either A) giving the middle finger to Topps, B) filing this under the 2009 Product calendar, or C) really stupid. We should find out pretty soon.





📝 Written by SportsCardsUncensored

## Sound Off...

Name (required)

Mail (will not be published) (required)

Website

Type the two words:

[ Submit Comment ]

## Related Articles

**SCU Breaks: 5 Boxes 2009 Ultimate Collection Baseball** Im sure you have all seen the ridiculous cards that are coming out of 2009 Ultimate Collection Baseball, and I want to give you guys a chance to get in on some of it without risking 100 bucks a box. This will be a 5 box break, standard rules,...

**SCU Breaks: 5 Boxes 2009 Ultimate Collection Baseball - FULL** Im sure you have all seen the ridiculous cards that are coming out of 2009 Ultimate Collection Baseball, and I want to give you guys a chance to get in on some of it without risking 100 bucks a box. This will be a 5 box break, standard rules,...

**Worst of the Worst 2004-2009 #5 - 2007 Upper Deck Ultimate Collection** Over the last five years, there have been quite a few products that havent lived up to billing. Whether its shorted hits, bad design, or lack of content in a box, there were more than I can count. Today I want to start my countdown of the worst of the...

**Product Review- UD Ultimate Collection NHL Style** Guest Review- Jon WaldmanSince the NHL Lockout, Ultimate Collection, formerly Premier Collection, has had a bit of the short-end-of-the-stick treatment from the hobby. In past years it was sandwiched between high-end sets such as Sweet Shot, OPC Premier and The Cup and like a hook up between spring formal and...

**Product Preview and Image Gallery 2009 Ultimate Collection** Via UD's Facebook Page. 2009 Ultimate Collection Football continues to build on one of the most collectible sets of all time with newly updated 1997 Legends Autographs falling 1 per case! Additionally, look for ALL NEW Ultimate Personal Touch Autographs featuring unique in...scriptions of the NFL's top stars and...

**First Look: 2009 Ultimate Collection Football** I cant believe its this time of year already, but we are getting Ultimate previews, and I love it. The cards have their ups and downs, but there are a few that look VERY cool. Still no word on what the rookie signatures are going to look like, but these...



Home    RSS Posts    RSS Comments    About us    Contact us

**site news**

To leave on the comment on the blog, click on the thinking bubble like you see in comic strips (think Garfield). If you don't see the bubble, just go to main page (**click here**) and it should pop up. Thanks for coming by!

**want lists**

**Sooz**
-Kouzmanoff want list
-Jeter cards Sooz owns (Beckett list)

**Marie**
- Want list with Pujols, Cano, Lind and all her favorites.
- Marie's Yankee Stadium Legacy collection (Beckett list)

**Get Health Insurance Before Going to the Park** Make sure to look out for that wild foul ball. Get cheap health insurance just in case!

**Get tickets to your favorite team**
If you are looking for great seats at affordable prices check out Onlineseats.com. We have great tickets for all your favorite teams like the Boston Red Sox, Cleveland Indians, Atlanta Braves, Los Angeles Dodgers and much more!

Submit Query

27,
**JAN**
2010

**Look, Ma! No logos!**

posted by sooz at wednesday, january 27, 2010 labels: 2009 ud signature stars, 2009 ultimate, derek jeter



There's not a single logo in this card from 2009 Upper Deck Ultimate.

I think the card still looks sharp. I like.

By the way, some UD Signature Stars cards are popping on eBay as well. Check out Trader Jack's blog. He has a couple of photos up of this set. As you'll notice, there are logos on just the hats and helmets. No where else.



FOLLOW US    DROP US A LINE    SUBSCRIBE

Follow
with Google Friend Connect

Followers (122)   More »

**Blog Archive**

▼ 2010 (59)
  ▼ January (59)
    Look, Ma! No logos!
    As Dropped Third Strike says: They got some brass ...
    2009 Razor Babe Ruth cut pulled
    2010 Fantasy Baseball
    2010 Topps Series 1 Baseball Checklist Link
    A 1/1 that is really 1/2
    Sunday Question
    2010 Topps Series 1 Baseball Favorites and Randoms...
    Anyone out investigating?
    What happened to 2002's Future Stars?
    More 2010 Topps Series 1 Previews
    I'm not just being a cranky old bag with this post...
    First Look: 2010 Topps Series 1, Part II



Jeter, however, has a logo on this card on this card from UD Signature Stars.

BOOKMARK

**0 comments:**

Post a Comment

Vistaprint

Business Cards

www.Vistaprint.com

Ads by Google

Older Post

sitemeter

First Look: 2010 Topps Series 1
I want a lawyer
Another one bites the dust.
I got tipped.
Mission complete.
Set reveals from over the weekend
One more Jeter card I will never own
Sunday Question
Night Owl-Inspired Post on Kouz
Maliday: 2009 Topps Tribute
White Plains card show
Contest Results: The outtakes
Contest Results: Runner Up
When you admit you're a moron
Sticking to the plan
Contest Results: Second Place
Wolverine24 is suspended and I didn't get my card
Mail Day: eBay loot-a-licious
ARod's 500th home run ball up for auction
Contest Results
Box break inspired by Old School Breaks
Good art cards of cards past
Which bit of news did you care for more today?
2010 National Chicle rages on
Two hours left in the contest
Chapman headed to the Reds
Sunday question
2010 Fantasy Baseball
This doesn't give me hope for next year
First Contest of the Year
The wonder of game used bat cards
2009 Ticket to Stardom Box Break
Trip to the card shop
People DO read the blog
Topps Tribute live on eBay
Taking one for the team
Blog changes and a little help
Jeter 1/1 update
How I spent my Christmas cash
Trading Old School style
Remember the craziness of this card?
Topps can suck it in 2010
Sunday Question
Look what Topps sent me
Interesting Jeter cards of 2009
2009: Pujols collection boosted
► 2009 (559)
► 2008 (171)
► 2007 (12)

**Friends**

**Play at the Plate**
36 minutes ago

**THE REAL DFG**
Dear Abby-ner
55 minutes ago

**Baseball Cards Come to Life!**
Interview with Greg Litton
1 hour ago

**Extra Innings - When 9 Isn't Enough!**
WOW Wednesday Contest Time!
1 hour ago

**It's like having my own Card Shop**
A trade with the other half of Omega Cardboard
1 hour ago

**Padrographs; Abner to Zimmer**
Andy Hawkins
1 hour ago