# EXHIBIT B

# BLOWOUT CARDS

www.blowoutcards.com

Blowout Cards Forums > BLOWOUTS HOBBY TALK > BASEBALL
**Restraining Order placed on Ultimate, Signature Stars, UD Baseball!**

User Name [User Name] ☐ Remember Me?
Password [        ] [ Log in ]

Register | FAQ | My iTrader | Forum Rules | Community ∨ | Today's Posts | Search

**BASEBALL** Post your Baseball Cards Hobby Talk

[Post Reply]

Page 1 of 9  1 2 3 4 5 6 7 8 9 > ∨

LinkBack  Thread Tools  Display Modes

---

Yesterday, 02:12 PM                                                #1 (permalink)

**champs**
Member

Join Date: Oct 2009
Posts: 2
iTrader: (**0** / 0%)

**Restraining Order placed on Ultimate, Signature Stars, UD Baseball!**

Anyone else heard anything about this. My wholesaler( a very large company) told me they were not aloud to sell any of the latest UD baseball products anymore until this lawsuit is settled. Enjoy all these Griffey and Jeter on card autos because you may not see that in the near future? I personally think they should put a restraining order on TOPPS STERLING!! What a joke! Topps previewed a Case and pulled a Richard Nixon cut and my hardworking customers pull Dan Quisenberry and James Ives??? who???? cut sigs that look like Tri-Star Signa Cut cards.

---

Yesterday, 02:17 PM                                                #2 (permalink)

**mwheeler27**
Member

Join Date: Jul 2007
Location: NorthEast Kansas
Posts: 5,167
iTrader: (**32** / 100%)
(COMC) mwheeler27

In all honesty, I think a "Cease and Desist" should be issued to upper deck.

They continually do dishonest and criminal activity that is killing this hobby. They care for no one but themselves, and it's clearly evident. I think the authorities should step in and not let them carry on in business because they aren't going to stop cheating people.

---

**Looking for any rare Sportkings cards. I'm buying if the price is right.**

**Check out my high-end cards for sale on COMC...username: mwheeler27**

#3 (permalink)

Yesterday, 02:31 PM

**beaverman3001**
Member

Join Date: Nov 2009
Posts: 81
iTrader: (**0** / 0%)
Beaverman3001

As far as I know there is no official cease and desist order, MLB simply requested wholesalers to stop. Nothing legally binding.

Blog - http://www.NewCardSmell.com
YouTube - http://www.youtube.com/user/beaverman3001

---

#4 (permalink)

Yesterday, 02:35 PM

**champs**
Member

Join Date: Oct 2009
Posts: 2
iTrader: (**0** / 0%)

Quote:
> Originally Posted by **beaverman3001**
> *As far as I know there is no official cease and desist order, MLB simply requested wholesalers to stop. Nothing legally binding.*

I was told they would not be shipping the UD series 1 baseball, so I went elsewhere and got some shipped out before they knew about it.

I find it hard believe someone would knock Ultimate Collection, it has brought several high end baseball buyers back in to my store this week. They have ALL left happy! That's what counts.

---

#5 (permalink)

Yesterday, 02:48 PM

**bradolson**
Member

Join Date: Jul 2007
Location: Milwaukee, WI
Posts: 1,282
iTrader: (**5** / 100%)
olsonnet
olsonnet

Quote:
> Originally Posted by **champs**
> *I find it hard believe someone would knock Ultimate Collection, it has brought several high end baseball buyers back in to my store this week. They have ALL left happy! That's what counts.*

Maybe if UD had cared about their customers (high-end or otherwise) when they actually had the license, they wouldn't be in this situation. One semi-decent product doesn't make up for years of incompetence.

**http://www.bradscards.com** <<< my COMC listings - all reasonable offers accepted



### #6 (permalink) — Yesterday, 02:49 PM

**beaverman3001**
Member
Join Date: Nov 2009
Posts: 81
iTrader: (0 / 0%)
Beaverman3001

> Quote:
> Originally Posted by **champs**
> *I find it hard believe someone would knock Ultimate Collection, it has brought several high end baseball buyers back in to my store this week. They have ALL left happy! That's what counts.*

Doesn't matter if they break the law, and Upper Deck is seemingly looking for ways to break it.

Blog - http://www.NewCardSmell.com
YouTube - http://www.youtube.com/user/beaverman3001

### #7 (permalink) — Yesterday, 02:50 PM

**ricefan77**
Member
Join Date: Aug 2008
Location: ny
Posts: 472
iTrader: (24 / 100%)

That's too bad you can't get the ultimate, great product. On card autos, all HOF or quality players, most patch cards are amazing to unreal, not many redemptions. Makes sportkings look like a joke.

still searching for BB 2005 ultimate signatures decades autos, mostly numbered ones.

### #8 (permalink) — Yesterday, 03:15 PM

**wyomedina**
Member
Join Date: Jan 2008
Location: Live: Salt Lake City
Posts: 659
iTrader: (50 / 100%)
tacojerry

> Quote:
> Originally Posted by **ricefan77**
> *That's too bad you can't get the ultimate, great product. On card autos, all HOF or quality players, most patch cards are amazing to **Unreal**, not many redemptions. Makes sportkings look like a joke.*

Unfortunatly, this may be the key word

http://s5.photobucket.com/albums/y169/wyomedina/

---

Yesterday, 03:31 PM     #9 (permalink)

**mwheeler27**
Member

Join Date: Jul 2007
Location: NorthEast Kansas
Posts: 5,167
iTrader: (32 / 100%)
mwheeler27

Quote:
> Originally Posted by **ricefan77**
> *That's too bad you can't get the ultimate, great product. On card autos, all HOF or quality players, most patch cards are amazing to unreal, not many redemptions.*
> ***Makes sportkings look like a joke.***

The only joke is on upper deck customers. SK would never stoop to the levels of upper deck.

To quote your qualities you listed above:

- "on-card autos"...SK has 100% on-card autos.

- "all HOF or quality players"...Those are the only types of sports figures SK includes. The best of the best.

- "most patch cards are amazing to unreal"...I haven't seen them all, but SK does a great job in this category WITHOUT violating any contracts, licenses or laws.

- "not many redemptions"...SK has ZERO redemptions for cards that should have made it into the product. Upper deck has not and will not compete with SK in this regard. Talk about a joke! 😊

Do you have any more uninformed comments you'd like to make?

---

**Looking for any rare Sportkings cards. I'm buying if the price is right.**

**Check out my high-end cards for sale on COMC...username: mwheeler27**

---

Yesterday, 03:42 PM     #10 (permalink)

**JLR0747**
Member

IV

Join Date: Jul 2007
Location: Philadelphia
Posts: 913
iTrader: (33 / 100%)
JLR0747

Quote:
> Originally Posted by **wyomedina**
> *Unfortunatly, this may be the key word*

wow.........scary to think of when seeing those ted williams game used patch cards?!?!

Joe



Buying Hi-End Auto'd Rookies
shoot me a PM if you have some!

Page 1 of 9  **1**  2  3  4  5  6  7  8  9  >

« Previous Thread | Next Thread »



All times are GMT -5. The time now is 11:46 AM.

-- Default Style

Contact Us - Today's Posts - www.blowoutcards.com - Archive - Top

Powered by vBulletin® Version 3.8.4
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Search Engine Friendly URLs by vBSEO 3.3.2
Copyright © 2009, Blowout Cards Inc.

Share    Report Abuse    Next Blog»      Create Blog    Sign In



SATURDAY, JANUARY 30, 2010

### Restraining Order?

A new rumor has just come out on the Blowout Cards Forum. Supposedly, a restraining order has been place on all new Upper Deck Baseball products related to an infringement on Major League Baseball Properties and Topps exclusive license on the trademarks.

Anyone know more about this?

Has MLBP filed a cease and desist order or have they only, so far, asked wholesalers to stop selling the product?

As you may know, the newly release 2009 Upper Deck Ultimate includes some cards with photos that clearly show team emblems. This would seem to be in violation of the exclusive license signed between MLBP and Topps. See some examples below.



**About Me**



ernest
Southern California, United States

View my complete profile

**Take Me Out To The Ball Game**

**Subscribe To Blue Heaven**



Posts

Comments





at 1/30/2010 11:29:00 AM

SHARE



Digg This Story  BALLHYPE  Yardbarker BARK IT UP  1 retweet

**Blue Heaven Links**

- Home Page
- Email Me!!
- My Want List
- Photo Album & Card Collection
- My YouTube Videos
- My Items FOR SALE/ TRADE
- My CafePress Store
- My Twitter
- My Twitpic
- Atom Feed or RSS Feed or FeedBurner or Subscribe by Email
My eBay Auctions For Sale List
- eBay For Sale

right now on


- eBay Profile



DodgersBlueHeaven

Blue Heaven post/ Blog Kiosk 1/31/2010 Mark's Ephemera shares some Orel Hershiser cards he received recently...

my twitter page

Google

Search

⦿ Web ○ Blue Heaven

**Dodger Links**

- Dodgers Website
- Inside Dodgertown
- Inside the Dodgers (The Official Dodger Blog)
- Detras de Los Dodgers
- Psychollingy

**Dodger Players Websites**

- Dining With 'Dre: Andre Ethier
- Maury Wills.com
- Mike Davis's Blog
- Real Sports Heroes with Ross Porter
- Tommy Lasorda's World
- Torre's Stories