UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAJOR LEAGUE BASEBALL
PROPERTIES, INC.,

                  Plaintiff,

  -against-

THE UPPER DECK COMPANY, LLC,

                 Defendant.

No. 10-CV-0732 (RWS)

ECF Case

### RULE 7.1 DISCLOSURE STATEMENT
### FOR DEFENDANT THE UPPER DECK COMPANY, LLC

      Pursuant to Fed. R. Civ. P. 7.1, Defendant The Upper Deck Company, LLC, through its attorneys, hereby certifies that it is wholly owned by The Upper Deck Company, a California S Corporation.

Dated: February 3, 2010
       New York, New York

                                QUINN EMANUEL URQUHART
                                OLIVER & HEDGES, LLP

                                /s/ Robert L. Raskopf
                                Robert L. Raskopf
                                Jessica A. Rose
                                Todd Anten
                                51 Madison Avenue, 22nd Floor
                                New York, New York  10010
                                Tel:   (212) 849-7000
                                Fax:  (212) 849-7100
                                Email: robertraskopf@quinnemanuel.com
                                                 jessicarose@quinnemanuel.com
                                                 toddanten@quinnemanuel.com
                                *Attorneys for Defendant*
                                *The Upper Deck Company, LLC*