UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAJOR LEAGUE BASEBALL PROPERTIES, INC.

          Plaintiff,

v.

THE UPPER DECK COMPANY, LLC,

          Defendant.

---

Case No. 1:10-cv-732 (RWS)
ECF Case

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed supporting declaration of Brendan J. O'Rourke, the accompanying Memorandum of Law, and all pleadings and papers so far filed in this action, Plaintiff Major League Baseball Properties, Inc., through its attorneys Proskauer Rose LLP, shall move this Court on February 10, 2010 (the date previously designated by the Court) for an order consolidating the preliminary injunction hearing in this action with all phases of a full trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 8, 2010

                                PROSKAUER ROSE LLP

                                By: _____s/Brendan J. O'Rourke_____
                                      Brendan J. O'Rourke
                                      Adam D. Siegartel
                                      Alexander Kaplan
                                      Patrick J. Dempsey

                                1585 Broadway
                                New York, New York 10036
                                (212) 969-3000
                                borourke@proskauer.com
                                *Attorneys for Major League Baseball Properties, Inc.*

To:    Robert L. Raskopf
        Quinn Emanuel Urquhart Oliver & Hedges, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        *Attorneys for The Upper Deck Company, Inc.*