UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAJOR LEAGUE BASEBALL
PROPERTIES, INC.,

                    Plaintiff,

    -against-

THE UPPER DECK COMPANY, LLC,

                    Defendant.

Action No. 10 Cv. 0732 (RWS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

    ALLEN F. HEALY, being duly sworn, deposes and states:

    1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

    2. On February 1, 2010, at approximately 11:35 am, I served, by hand, true copies of the Summons In A Civil Action, Civil Cover Sheet, Complaint, (Unsigned) Order To Show Cause, Of Plaintiff's Application For A Temporary Restraining Order And Expedited Discovery, Declaration Of Brendan J. O'Rourke, Memorandum Of Law In Support Of Plaintiff's Application For A Temporary Restraining Order And Expedited Discovery, Individual Practices Of Judge Robert W. Sweet, Individual Practices Of Magistrate Judge Gabriel W. Gorenstein, and ECF Rules And Instructions (Updated August 1, 2008), upon Lena Valentin, Assistant to Mr. Raskopf, on behalf of Robert L. Raskopf, at Quinn Emanuel, Attorneys for Defendant, 51 Madison Avenue, Lobby Area Security Desk, New York, NY 10010.

3. .Ms. Valentin represented that she was authorized to accept service. She was a White female, fair complexion, slender built, brown hair, around 25-30 years old, approximately 120-130 lbs, and about 5'9" tall.

Allen F. Healy
Process Server's License #0921311

Sworn to before me this
9th day of February, 2010.

(Notary Public)

ANTHONY LOPEZ
Notary Public, State of New York
No. 6015568
Qualified in New York County
Commission Expires Nov. 22, 2010