UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., <br><br> Plaintiff, <br><br> –against– <br><br> THE UPPER DECK COMPANY, LLC, <br><br> Defendant. | 10 Civ. 0732 (RWS) <br><br> ECF Case |

**NOTICE OF CROSS-MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all pleadings and papers so far filed in this action, Defendant The Upper Deck Company, LLC through its attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, shall cross-move this Court on February 12, 2010 for an order bifurcating and staying discovery with respect to Plaintiff Major League Baseball Properties, Inc.'s claims for trademark damages pursuant to Rule 42(b) of the Federal Rules of Civil Procedure.

DATED: New York, New York
February 10, 2010

        QUINN EMANUEL URQUHART
        OLIVER & HEDGES, LLP

        By: \_/s/ Robert L. Raskopf_____
        Robert L. Raskopf
        Jessica A. Rose
        Todd Anten
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Telephone: (212) 849-7000
        Facsimile: (212) 849-7100
        Email: robertraskopf@quinnemanuel.com

        *Attorneys for Defendant*
        *The Upper Deck Company, Inc.*

To: Brendan J. O'Rourke
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
*Attorneys for Major League Baseball Properties, Inc.*