UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAJOR LEAGUE BASEBALL PROPERTIES, INC.,

                                      Plaintiff,

      -against-

THE UPPER DECK COMPANY, LLC,

                                      Defendant.

10 Civ. 0732 (RWS)

ECF Case

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-10
```

## NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all pleadings and papers so far filed in this action, Defendant The Upper Deck Company, LLC through its attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, shall cross-move this Court on February 12, 2010 for an order bifurcating and staying discovery with respect to Plaintiff Major League Baseball Properties, Inc.'s claims for trademark damages pursuant to Rule 42(b) of the Federal Rules of Civil Procedure.

DATED:    New York, New York
             February 10, 2010

*Motion denied as set forth in open court. So ordered.*

*[signature]*
*USDJ*
*2-16-10*

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: /s/ Robert L. Raskopf
Robert L. Raskopf
Jessica A. Rose
Todd Anten
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: robertraskopf@quinnemanuel.com

*Attorneys for Defendant*
*The Upper Deck Company, Inc.*

1

To: Brendan J. O'Rourke
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
*Attorneys for Major League Baseball Properties, Inc.*