UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COURTESY COPY**

---

MAJOR LEAGUE BASEBALL
PROPERTIES, INC.

            Plaintiff,

v.

THE UPPER DECK COMPANY, LLC,

            Defendant.

Case No. 1:10-cv-732 (RWS)
ECF Case

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that upon the annexed supporting declaration of Brendan J. O'Rourke, the accompanying Memorandum of Law, and all pleadings and papers so far filed in this action, Plaintiff Major League Baseball Properties, Inc., through its attorneys Proskauer Rose LLP, shall move this Court on February 10, 2010 (the date previously designated by the Court) for an order consolidating the preliminary injunction hearing in this action with all phases of a full trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 8, 2010

*[Handwritten: Motion granted as set forth in open court. So ordered. [signature] USDJ 2-15-10]*

PROSKAUER ROSE LLP

By:   s/Brendan J. O'Rourke
     Brendan J. O'Rourke
     Adam D. Siegartel
     Alexander Kaplan
     Patrick J. Dempsey

1585 Broadway
New York, New York 10036
(212) 969-3000
borourke@proskauer.com
*Attorneys for Major League Baseball Properties, Inc.*

To:   Robert L. Raskopf
      Quinn Emanuel Urquhart Oliver & Hedges, LLP
      51 Madison Avenue, 22nd Floor
      New York, New York 10010
      *Attorneys for The Upper Deck Company, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-10