

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAJOR LEAGUE BASEBALL PROPERTIES, INC.,

                        Plaintiff,

—against—

THE UPPER DECK COMPANY, LLC,

                        Defendant.

---

10 Civ. 0732 (RWS)

ECF Case

**STIPULATION**

Plaintiff, Major League Baseball Properties, Inc. ("MLBP") and defendant, The Upper Deck Company, Inc. ("Upper Deck"), by their counsel, stipulate that the time for Defendant Upper Deck to serve a response to the complaint shall be extended to March 1, 2010, except that for purposes of Fed. R. Civ. P. 56(c)(1)(B), the date that "a responsive pleading is due" shall remain February 22, 2010 and shall not be extended.

**PROSKAUER ROSE LLP**

Attorneys for Major League Baseball Properties, Inc.

By: _____
Brendan O'Rourke
Alexander Kaplan

1585 Broadway
New York, NY 10036
212 969-3000
borourke@proskauer.com
akaplan@proskauer.com

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

Attorneys for The Upper Deck Company, Inc.

By: _____
Robert L. Raskopf
Jessica A. Rose

51 Madison Avenue
New York, NY 10010
(212) 849-7000
robertraskopf@quinnemanuel.com
jessicarose@quinnemanuel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/10

Dated: New York, New York
February 23, 2010

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
3.3.10